# **<u>Exhibit C</u>**

*Pkg delivered*
*w/ CD —*
*CD given to*
*Dinorah Vasquez*
*(Legal)*
*rec'd on 16/14/19*

## SITCOMM ARBITRATION ASSOCIATION
P.O. Box 41964
Charleston, South Carolina 29423
1 (877) 631-1722

Website: saalimited.com                     Email: support@saalimited.com

Page | 1

## IN THE MATTER OF THE ARBITRATION

## BETWEEN THE FOLLOWING PARTIES:

MARK CHRISTOPHER JOHNSON, ET AL.,      Contract No.: 456UY671-
77ERT456789UYHGFD-DFGHJUYTRF5678 –
QWE345678©

CLAIMANT,                 9 U.S. CODE § 1, 2, 9; THE COMMON LAW

vs.                       **ARBITRATION HEARING NOTIFICATION**

PENNY MAC LOAN SERVICES LLC., ET AL.,
US. DEPARTMENT OF JUSTICE, ET AL.,
UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,
THE UNITED STATES SUPREME COURT, ET AL.,

RESPONDENT(S).

### NOTICE OF ARBITRATION HEARING

**TO THE ABOVE-NAMED PARTIES OF RECORD:**  You are hereby notified that the above-entitled matter has been set for hearing as follows:

**DATE: October 21, 2019**

**TIME:          12:00 P.M. EASTERN STANDARD TIME**

**IMPORTANT NOTICE:**  In the event that the Party(s) do not answer this Notice or request an extension within the time indicted, the Arbitrator may proceed to enter an Arbitration Award based upon the supporting evidence presented and other related documentation.

Enclosed with this Notice is electronic media for the Respondent(s), that contains the supporting documentation of the above-entitled matter for your review.  YOU HAVE TEN (10) DAYS from receipt of this Notice to forward a Response to the Arbitrator.  If a Response is not received, the Arbitrator will presume your acceptance and may proceed to review the supporting documentation electronically and issue a binding decision, please note that any and all responses must be served upon the parties, and you must maintain a record of proof of service.

DATE:   October 7, 2019                     /s/ Kirk Gibbs

**PRESS FIRMLY TO SEAL**          **PRESS FIRMLY TO SEAL**



**FROM:**  SAA LIMITED
PO BOX 41694
CHARLESTON, SC 29423

# PRIORITY®
# MAIL



USPS TRACKING #

jor

9114 9014 9645 0433 9905 66

Domestic Only

P S 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**TO:**

Penny Mac Loan Service
P.O. Box 660929
Dallas, TX 75266-0



scan the QR code.

USPS.COM/PICKUP