To the Honorable,

The United States District Court Southeastern District of Mississippi.

2:19cv193-KS-MTP
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 07 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

I Am johnson, mark-Christopher of Virginia union state. A British foreign Agent (BAR 100331) Harris F. Powers III has elected to use my name in a fraudulent manner, hired by Penny Mac to Harm me. Penny Mac is a Debt Collector and Bank operating out of and headquartered in Los Angeles, California A Rogue and un-constitutional so-called Sanctuary City, In direct defiance against the President of the United States of America, The Honorable Donald J. Trump.

(In) with full understanding and knowledge MR. HFP III (100331) has received proof that this case is being, will be decided and entered in before The Honorable Court: The United States District Court Eastern Division at Richmond, Virginia. City of my birth.

He has no right in law to Request the dismissal of any lawful matter. He has no first hand knowledge at all about this matter, None.



It is my belief that Mr. Harris F. Powers III British Foreign Registry No. 100331 is pitting the Court of Virginia against the Court of Mississippi.

This matter must be decided in Virginia where I live and have shelter and not in the good state of Mississippi; for I have never set foot on her gracious soil.

Mr. Harris F. Powers and Penny Mac Loan Services, LLC are using Civil Action No. 2:19-CV-00193-KS-MTP

My remedy is that in The Honorable Court, United States District Court for the Eastern Division at Richmond, Virginia holds this filing No 19-CV-837 and it shall be heard.



Sincerely,
By: Johnson, mark-Christopher
Private man of Virginia soil.

my seal

I was told I had 21 days to respond. I have done so.