To the Honorable Court:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
(EASTERN DIVISION)

To the Honorable Clerk of Court
Mr. Arthur Johnston (Replubican - man of America)

Please hear and read.

From Johnson, Mark-Christopher Veteran U.S.M.C. of Foreign War. and who is in' support of President Donald J. Trump.