# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI (EASTERN DIVISION)

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC<br>*Plaintiff(s)*<br>v.<br>SITCOMM ARBITRATION ASSOCIATION, MARK MOFFETT, SANDRA GOULETTE, RONNIE KAHAPEA, MARK JOHNSON, KIRK GIBBS, and ALARIC SCOTT<br>*Defendant(s)* | Civil Action No. 2:19-CV-00193-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MARK MOFFETT
3007 Crescent Hill Drive
Laurel, MS 39440

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Harris F. Powers III (Bar No. 100331)
Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street, P.O. Drawer 8230,
Greenwood, MS 38935-8230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: DEC 1 7 2019

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-00193-KS-MTP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARK MOFFETT was received by me on *(date)* Dec 19, 2019.

[X] I personally served the summons on the individual at *(place)* 685 Coon Jefcoat Rd, Soso, MS 39480 on *(date)* Fri, Jan 03 2020 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ $96.75 (see attached). for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/3/2020

*Server's signature*

Terry Keith

*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437
(601)800-2004

*Server's address*

**Quantum Process, LLC**
418 Pittman Rd.
Ellisville, MS 39437

**INVOICE:** 4100932
Issued: Dec 18, 2019



**Upshaw, Williams, Biggers & Beckham, LLP**
Kallye Hudgens
PO DRAWER 8230
GREENWOOD, MS 38935

PAY TO:
Quantum Process, LLC
418 Pittman Rd.
Ellisville, MS 39437

| Case: | 2:19-CV-00193-KS-MTP | Plaintiff / Petitioner: | PennyMac Loan Services, LLC |
|---|---|---|---|
| Job: | 4100932 | Defendant / Respondent: | Sitcomm Arbitration Association, Mark Moffett, Sandra Goulette, Ronnie Kahapea, Mark Johnson, Kirk Gibbs, and Alaric Scott |
| | | Recipient: | MARK MOFFETT |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Routine Service Mississippi | | $85.00 | 1 | $85.00 |
| Printing Fee | | $0.25 | 47 | $11.75 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 23, 2019 | Ck 71651 | ($96.75) |

Federal Tax ID 64-0912968

Thanks for your business! If payment has been made please disregard.

***Payment is requested at this time*** This is for cash flow purposes.

To ensure there is no delay in getting your papers out for service, please make payment by either scanning and mailing a check to Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437 or following the prompts to pay by credit card by using the active link below in blue.

Total: $96.75
Amount Paid: ($96.75)
**Balance Due:** $0.00

Quantum Process, LLC • 418 Pittman Rd., Ellisville, MS 39437

Call: (601)800-2004 • Fax: (877)852-9532 • Email: keith@quantumprocess.com • Visit: www.quantumprocess.com