Ronnie-Louis-Marvel: House of Kahapea
RLK-05271980-HI
Sui Juris
P.O. Box 875
Volcano, Hawaii [96785]
Phone: 808-936-9137
Email: bloodwolf80@gmail.com
A Natural Man
Without Recourse



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 28 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## EASTERN DIVISION

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC. , <br><br> Plaintiff, <br><br> vs. <br><br> SITCOMM Arbitration Association et al <br><br> Defendants | Case No.: 2:19-cv-00193-KS-MTP <br><br><br> **AFFIDAVIT, DEMAND TO DISMISS UPON LACK OF SUBJECT MATTER JURISDICTION** <br><br> EXHIBIT 3D:   UCC1      18PGS |

Dated this 18th of January , 2020.

### INTRODUCTION IN SUMMARY

Defendant RONNIE LOUIS MARVEL KAHAPEA et al, directed by the Executor and Beneficiary of this Cesti Qui Trust, Ronnie Louis Marvel of House Kahapea, *pro se in vivus*, and in *sui juris*, demands any proof with evidence to the Plaintiffs cause to claim any Subject Matter Jurisdiction of this case in relation to the Defendant. RONNIE LOUIS MARVEL KAHAPEA denies any ties to the SITCOMM ARBITRATION ASSOCIATION et al, other than a service to Arbitrate a contractual issue. Any other reason to bring Defendant RONNIE LOUIS MARVEL KAHAPEA into this case is unfounded by way of fraud, hearsay, presumption and/or assumption. An Order to Dismiss upon lack of Subject Matter Jurisdiction is Demanded, or the

1 | P A G E

Executor and Beneficiary of this Cesti Qui Trust Ronnie Louis Marvel of House Kahapea will, to keep in honor, acknowledge and accept this charge for value and honor, and in exchange, agree to have the Court use his exemption for post settlement and closure of this case with his CUSIP and Autotris account number, being that it is pre-paid and exempt from levy, and appoint the Presiding Honorable UNITED STATES DISTRICT JUDGE Keith Starrett as his Fiduciary Trustee in accordance with the power of appointment act of 1951.

## AFFIDAVIT

COMES NOW the Defendant, RONNIE LOUIS MARVEL KAHAPEA, hereafter "I", "my", "Me", "Defendant", Ronnie Louis Marvel Kahapea stands before this court by special appearance, without waiving any rights, defenses, statutory or procedural, in my correct private capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of first hand personal knowledge, true, correct, and complete as I am the living human being and man, *sui juris,* and under such authority any jurisdiction which you claim to have over me, or in the making of the alleged DECISION against me, is void unless a proof to a claim for my being an ENTITY in Commerce Law, to be bound in ruling by Judgement, Order or otherwise, by an assumed action whereas I am not being Directed by a Living Man, as if we were one in the same, exists.

Plaintiff PENNYMAC LOAN SERVICES, LLC. is being represented by Law Firms that has submitted Letters, Motions, Notices and Emails that I cannot respond to, as there is no valid evidence proving they are who they claim to be, forcing me to demand the purported Attorneys with valid documentation to put into the Court. Not being able to produce said documentations does not change the FACT that in this case, there is only one party standing and must demand the Court to record that a case cannot continue with only one party present.

Furthermost, there is no reason that the Plaintiff has to announce me as a Defendant to this case, unless the Plaintiff can articulate any proof in an evidentiary manner to the Court, that I have any connection to this matter other than using a service SITCOMM ARBITRATION ASSOCIATION provides.

## DISMISSAL DEMAND

RONNIE LOUIS MARVEL KAHAPEA denies any ties to the SITCOMM ARBITRATION ASSOCIATION et al, other than a service to Arbitrate a Contractual issue. Any other reason to bring Defendant RONNIE LOUIS MARVEL KAHAPEA into this case is unfounded by way of fraud, hearsay, presumption and/or assumption, therefore, an Order to Dismiss upon lack of Subject Matter Jurisdiction is Demanded, or I, the Executor and Beneficiary of this Cesti Qui Trust Ronnie Louis Marvel of House Kahapea, will, to keep in honor, acknowledge and accept this charge for value and honor, and in exchange, agree to have the Court use my exemption for post settlement and closure of this case with my CUSIP and AUTOTRIS account number, being that it is pre-paid and exempt from levy, and appoint the

3 | P A G E

1 | Presiding Honorable UNITED STATES DISTRICT JUDGE Keith Starrett as my Fiduciary

Trustee in accordance with the power of appointment act of 1951, and will then move the Court

to Dismiss this case, eliminate this entire case from the record, release the orders of the Court to

me immediately without prejudice and without recourse by UCC 1-308/ 3-415.

X _____
THE BENEFICIAL OWNER OF THE CESTI QUI EQUITABLE TRUST

DATE: January 18, 2020

4 | P A G E

# JURAT

**STATE OF** HAWAII
**COUNTY OF** HAWAII

On \_\_1/22/\_\_,2020 before me \_\_\_Tiffany R. U. Figueira\_\_\_ Notary Public, personally stood **Ronnie Louis Marvel Kahapea**, a natural man, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his/her signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
<u>**I certify under PENALTY OF PERJURY under the laws of the State of Hawaii that the foregoing paragraph is true and correct.**</u>

Witness my hand and the official seal of my office.

Signature _Tiffany R. U. Figueira_    SEAL 18-688

my commission expires: 12/02/22

Doc Date: 1/18/20   # Pages: 5
Notary Name: Tiffany R. U. Figueira   3rd Circuit
Doc. Description: Affidavit Demand to Dismiss upon Lack of Subject matter jurisdiction

_Tiffany R. U. Figueira_  1/22/20
Notary Signature       Date

5 | P A G E