PRESS FIRMLY TO SEAL

PM 3-Day
VOLCANO, HI
96785
JAN 23, 20
AMOUNT
$13.65
R2305P150617-04

1006 39401

FROM: Ronnie Kahapea
P.O. Box 875
Volcano, hi.
96785

# PRIORITY® MAIL

RETURN RECEIPT REQUESTED

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

TO: Senior Judge Keith Starrett
701 N. Main St.
Ste. 228
Hattiesburg, MS
39401

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

Oct 2018
1/2 x 9 1/2

omestic only. * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.




