PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL



UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

RECEIVED
FEB 03 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

US POSTAGE & FEES PAID   062S0009993617
PRIORITY MAIL            10332928
FLAT-RATE ENVELOPE
ComPlsPrice              FROM 39440

P

stamps
endicia
01/30/2020

PRIORITY MAIL 2-DAY™

Ee on
304 S Jones Blvd
Las Vegas NV 89107

C002

SHIP TO:
U.S.D.C.
701 N Main Street
Hattiesburg MS 39401-3446

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2
PS00001000014

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

USPS TRACKING #



9405 5116 9900 0669 9595 44