**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**PENNYMAC LOAN SERVICES, LLC**                                                         **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 2:19-cv-193-KS-MTP**

**SITCOMM ARBITRATION ASSOCIATION,**
**MARK MOFFETT, SANDRA GOULETTE,**
**RONNIE KAHAPEA, MARK JOHNSON,**
**KIRK GIBBS, and ALARIC SCOTT**                                                      **DEFENDANTS**

## ORDER

On February 6, 2020, Defendant Kirk Gibbs filed a Motion to Demurrer [32]. Plaintiff shall respond to this motion on or before **February 20, 2020**. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendant Gibbs may file a reply on or before **February 27, 2020**. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U.Civ.R. 7(b)(4), (10).

The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so.

SO ORDERED AND ADJUDGED this 7th day of February 2020.

/s/ Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE