

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC,<br><br>*Plaintiff(s),*<br><br>v.<br><br>SITCOMM ARBITRATION ASSOCIATION, MARK MOFFETT, SANDRA GOULETTE, RONNIE KAHAPEA, MARK JOHNSON, KIRK GIBBS, and ALARIC SCOTT<br><br>*Defendant(s).* | Civil Action No. 2:19-CV-00193-KS-MTP<br><br>**DEFENDANT SANDRA GOULETTE'S OPPOSITION TO PLAINTIFF(S) APPLICATION TO CLERK FOR ENTRY OF DEFAULT** |

**DEFENDANT SANDRA GOULETTE'S OPPOSITION TO PLAINTIFF(S) APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

COMES NOW, Defendant Sandra Goulette, with this Opposition to Plaintiff(s) Application to Clerk for Entry of Default, as follows:

1. Defendant Sandra Goulette did answer the Complaint in a timely manner; and

2. The Affidavit presented by the Plaintiff(s) in this matter does not contain firsthand and/or personal knowledge and was not executed after being fully sworn and/or deposed as evidenced by lack of any witness.

3. Further, Defendant Sandra Goulette asks this Court to Strike the Affidavit presented by the Plaintiff(s) as outlined in the attached Affidavit of Truth of Defendant Goulette.

Executed on this 07th day of February 2020.

*Sandra Goulette*
Sandra Goulette
02-07-2020

1 | P A G E

# CERTIFICATE OF SERVICE

I, Sandra Goulette, being at or above the age of 18; of the majority and a citizen of the United States of America, did mail the documents entitled:

DEFENDANT SANDRA GOULETTE'S OPPOSITION TO PLAINTIFF(S)

APPLICATION TO CLERK FOR ENTRY OF DEFAULT

To the following:

1. United States District Court
   Southern District of Mississippi
   701 Main Street
   Hattiesburg, Mississippi 39401

   **EXPRESS MAIL**
   U.S.P.S. Tracking 9470111699000689138840

2. Upshaw, Williams, Biggers & Beckham, LLP
   309 Fulton Street, P.O. Drawer 8230
   Greenwood, Mississippi 38935-8230

   U.S.P.S. Tracking 9405511699000689138950

Via United States Postal Service Priority & Overnight Mail by affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local drop box guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day February 07, 2020.

_Sandra Goulette_
Sandra Goulette
02-07-2020

2 | P A G E