

**Kirk Gibbs**
3115 Lawrenceville
Hwy PMB 8119
Lilburn, GA 30047

```
MIME-Version:1.0
From:cmecfhelpdesk@mssd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Cheryl S. Chang - PHV (chang@blankrome.com, hno@blankrome.com,
jmcelroy@blankrome.com), Harris Frederick Powers, III (hpowers@upshawwilliams.com,
khudgens@upshawwilliams.com), Steven C. Cookston (ecarter@upshawwilliams.com,
scookston@upshawwilliams.com), Jessica A. McElroy - PHV (jmcelroy@blankrome.com), Nicole B.
Metral - PHV (arc@blankrome.com, nbmetral@blankrome.com), Magistrate Judge Michael T. Parker
(parker_chambers@mssd.uscourts.gov), District Judge Keith Starrett
(starrett_chambers@mssd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<5518201@mssd.uscourts.gov>
Subject:Activity in Case 2:19-cv-00193-KS-MTP PennyMac Loan Services, LLC v. SITCOMM
Arbitration Association et al Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all *documents* filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 2/7/2020 at 3:32 PM CST and filed on 2/7/2020
**Case Name:**      PennyMac Loan Services, LLC v. SITCOMM Arbitration Association et al
**Case Number:**    2:19-cv-00193-KS-MTP
**Filer:**
**Document Number:** 33

**Docket Text:**
**ORDER re [32] MOTION to Demurrer filed by Kirk Gibbs Signed by District Judge Keith Starrett on 2/7/2020 (lm)**

**2:19-cv-00193-KS-MTP Notice has been electronically mailed to:**

Cheryl S. Chang - PHV     chang@blankrome.com, hno@blankrome.com, jmcelroy@blankrome.com

Harris Frederick Powers , III     hpowers@upshawwilliams.com, khudgens@upshawwilliams.com

Jessica A. McElroy - PHV     jmcelroy@blankrome.com

Nicole B. Metral - PHV     nbmetral@blankrome.com, arc@blankrome.com

Steven C. Cookston     scookston@upshawwilliams.com, ecarter@upshawwilliams.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**                                                      **PLAINTIFF**

V.                                                         CIVIL ACTION NO. 2:19-cv-193-KS-MTP

**SITCOMM ARBITRATION ASSOCIATION,
MARK MOFFETT, SANDRA GOULETTE,
RONNIE KAHAPEA, MARK JOHNSON,
KIRK GIBBS, and ALARIC SCOTT**                                                   **DEFENDANTS**

## ORDER

On February 6, 2020, Defendant Kirk Gibbs filed a Motion to Demurrer [32]. Plaintiff shall respond to this motion on or before **February 20, 2020**. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendant Gibbs may file a reply on or before **February 27, 2020**. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U.Civ.R. 7(b)(4), (10).

The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so.

SO ORDERED AND ADJUDGED this 7th day of February 2020.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE