*For the Clerk, a good man! Read the back leaf please, sir.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**     **PLAINTIFF**

v.     **CIVIL ACTION NO. 2:19-cv-193-KS-MTP**

**SITCOMM ARBITRATION ASSOCIATION, ET AL.**     **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on the Motion to Intervene [37] filed by "Eeon fka Brett Jones." Having considered the record and the applicable law, the Court finds that the Motion should be denied.

On December 11, 2019, Plaintiff PennyMac Loan Services, LLC filed this action. *See* Complaint [1]. Plaintiff alleges that Defendant Sitcomm Arbitration Association ("Sittcomm") is an illegitimate arbitration company.[1] Plaintiff specifically alleges that:

> Sitcomm is a sham arbitration organization that uses the guise of legitimacy to market itself as an authorized and legitimate arbitration company to attract paying customers and collect fees. After Sitcomm extracts an arbitration 'fee' from these customers, Sitcomm then issues fake exorbitant final arbitration awards against various entities, despite no arbitration hearing having ever been held, no arbitration provision existing that permits the parties to arbitrate their claims, and without proper notice or an opportunity for any party to be heard.

*See* [1] at 2.

Plaintiff names Sitcomm, Mark Moffett, Sandra Goulette, Ronnie Kahapea, Marck Johnson, Kirk Gibbs, and Alaric Scott as Defendants. Plaintiff alleges that Alaric Scott is the president of Innovated, Sandra Goulette is a director of Sitcomm, and Mark Moffett and Kirk Gibbs are arbitrators with Sitcomm. Plaintiff also alleges that Ronnie Kahapea and Mark

---

[1] According to Plaintiff, Sitcomm is a trade name registered to Innovated Holdings, Inc. ("Innovated").

*What happened to Judge Keith Starrett? Is Michael T. Parker Jewish?*

1

I do not say I believe, I say I know. Penny Mac is a fraud and all institutions on American soil which are banking in the manner which Penny Mac chooses to do is fraud. Fraud is the issue, "not who," is declared eligible to speak or talk before a court. What conspiracy? For what reason? Are you saying no vice exists with PM? Penny Mac claims to be a "Servicer," claims to be a "debt collector," claims to be "a bank."

This fraudulent scheme of using the credit of the borrower to enrich themselves is the issue, and having never loaned any money at any time but has only provided credit is the fraud. If Penny Mac can offer credit so can any other party, period. This is the issue!

And if the Court does not know, or believes, or acknowledges this fraud perhaps the Court should be investigated. On all these filings I notice one important theme/fact/or idea. The Bank does not write its policies, it hides behind the notion that attorneys have done so. And these same attorneys are in court defending what they write on behalf of the Bank.

So the BANKER NEVER APPEARS.
This is magic. It is high time Americans know the story about this ancient craft of evil doers and the party that protects them. IN AMERICA, SLAVERY IS REAL. IN AMERICA slavery is real and pedophilia and the debauching of God's Law, and society hangs in the balance. Secretly all this cavorting is done by Jews a special branch of white-folks destroying the world. They are sometimes referred to as "Zionists." And no this is not a broad sweeping brush of the Jewish People, but a cancerous faction. And one should know the difference.
On a personal note my education did began on Youtube but not with Brett Jones whoever this man is, is a mystery to me! I am thankful for all people in the internet community who can provide immense knowledge via the Internet/Podcast.

Sincerely,
Me.