IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**

**PLAINTIFF**

**VS**                                   **CIVIL ACTION NO.: 2:19-CV-00193-KS-MTP**

**SITCOMM ARBITRATION ASSOCIATION,
MARK MOFFETT, SANDRA GOULETTE,
RONNIE KAHAPEA, MARK JOHNSON,
KIRK GIBBS, and ALARIC SCOTT**                                   **DEFENDANTS**

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)

COMES NOW the Plaintiff, PennyMac Loan Services, LLC ("PennyMac" or "Plaintiff"), by and through counsel, and files this Motion for Voluntary Dismissal of the claims asserted against the unserved Defendant Alaric Scott, pursuant to F.R.C.P. 41(a)(2), showing unto the Court the following:

1. PennyMac instituted this action on December 12, 2019, by filing its Complaint for Declaratory Judgment, Injunctive Relief, Libel, Tortuous Interference with Contract, Simple Conspiracy, Violation of Federal Civil RICO 18 U.S.C. §1962(c), Conspiracy to Violate Federal Civil RICO 19 U.S.C. §1962(d), and to Vacate Arbitration Award. D.E. 1, 12/11/2019. PennyMac's Complaint names as Defendants Sitcomm Arbitration Association, Mark Moffett, Sandra Goulette, Ronnie Kahapea, Mark Johnson, Kirk Gibbs, and Alaric Scott. D.E. 1, 12/11/2019.

2. To date, PennyMac has served all named Defendants, with the exception of Alaric Scott.

3. At the Case Management Conference on June 18, 2020, PennyMac advised the Court

that it had been unable to serve the Defendant, Alaric Scott.

4. Accordingly, PennyMac moves this Court, pursuant to F.R.C.P. 41(a)(2), requesting this Court dismiss PennyMac's cause of action against the unserved defendant, Alaric Scott, ***only***, with said dismissal to be ***without prejudice***.

5 Because of the simple and self-explanatory nation of this Motion, PennyMac requests that it be relieved of the requirement of filing a supporting memorandum pursuant to L.U.Civ. R. 7(b)(2).

6. PennyMac submits its proposed Order granting this Motion as Exhibit A, attached hereto.

7. Accordingly, PennyMac respectfully requests this Court to enter the Order attached hereto as Exhibit A, or an Order in such form as pleases the Court, dismissing PennyMac's causes of action against the unserved defendant, Alaric Scott, only, with said dismissal to be without prejudice.

RESPECTFULLY SUBMITTED this the 6th day of July, 2020.

UPSHAW, WILLIAMS, BIGGERS,
& BECKHAM, LLP

By: */s/ Harris F. Powers III*
HARRIS F. POWERS III, MBN: 100331
STEVEN C. COOKSTON, MBN: 99137
UPSHAW, WILLIAMS, BIGGERS
& BECKHAM, LLP
P.O. Drawer 8230
Greenwood, MS 38935-8230
Phone: (662) 455-1613
Fax: (662) 453-9245
hpowers@upshawwilliams.com
scookston@upshawwilliams.com

CHERYL S. CHANG - PHV
JESSICA A. MCELROY - PHV
NICOLE B. METRAL - PHV
BLANK ROME, LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
424-239-3400
Fax: 424-239-3434
Email: chang@blankrome.com
Email: jmcelroy@blankrome.com
Email: nbmetral@blankrome.com

OF COUNSEL:
UPSHAW, WILLIAMS, BIGGERS &
  BECKHAM, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, Mississippi 38935-8230
Telephone No.: 662/455-1613

## CERTIFICATE OF SERVICE

I, Harris F. Powers III, hereby certify that the foregoing were served by U.S. Mail, Return Receipt Requested to the following:

Ms. Sandra Goulette
3007 Crescent Hill Drive
Laurel, MS 39440
U.S. Mail No. 70151730000177779022

Ronnie Kahapea
P.O. Box 875
Volano, HI 96785
808-936-9137
U.S. Mail No. 70151730000177779046

Mark Johnson
451 May Ln.
Louisa, VA 23093
U.S. Mail No.: 70151730000177779060

Kirk Gibbs
4115 Lawrenceville
Hwy PMB 8119
Lilburn, GA 30047
U.S. Mail No. 70151730000177779039

Wyoming Reg. Agent
C/O Sitcomm Arbitration Association
1621 Central Avenue
Cheyenne, WY 82001
U.S. Mail No. 70151730000177779053

Mark Moffett
345 Coon Jeffcoat Rd.
Soso, MS 39480
U.S. Mail No.: 70151730000177779077

SO CERTIFIED this the 6th day of July, 2020.

                                        s/ Harris F. Powers III
                                        HARRIS F. POWERS III