IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**

                              **PLAINTIFF**

**VS**          **CIVIL ACTION NO.: 2:19-CV-00193-KS-MTP**

**SITCOMM ARBITRATION ASSOCIATION,
MARK MOFFETT, SANDRA GOULETTE,
RONNIE KAHAPEA, MARK JOHNSON,
KIRK GIBBS, and ALARIC SCOTT**

                              **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

BEFORE THE COURT is Plaintiff PennyMac Loan Services, LLC's Motion for Voluntary Dismissal of the unserved Defendant Alaric Scott, pursuant to F.R.C.P. 41(a)(2). The Court is of the opinion that said Motion is well-taken and should be granted and further finds as follows that:

Plaintiff PennyMac Loan Services, LLC's claims against the unserved defendant Alaric Scott, are hereby dismissed pursuant to F.R.C.P. 41(a)(2), with such dismissal to be *without prejudice*. This Order only affects Plaintiff PennyMac Loan Services, LLC's claims against the unserved defendant, Alaric Scott, and does not affect any claim(s) against any other named defendant in this case.

So ordered and adjudged this the 8th day of July, 2020.

                              /s/ Keith Starrett_____
                              KEITH STARRETT
                              UNITED STATES DISTRICT JUDGE