I dare to learn Correct Sentence Structure
i.e. Correct Parse - Syntax

ME.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 30 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

I await to address the Court of Appeals. In the plantation ERA Mississippi allowed the worst carnage to unfold on the hapless Black man, and to this day day Penny Mac goes whistling as he takes his chattel (A Living Man) to the whipping post! Be it ALL in VAIN, Be it ALL in VAIN!

## No Exhibit 1

This is a Common Law matter.
This is not Maritime Admiralty procedure, and this was stated from the beginning.

2:19-cv-00193-KS-MTP

Now I am sure you have done your homework, and is it possible I have been incarcerated? Sold drugs, beat my wife, have illegitimate children, act as a 21st century slave? You wish I am sure — this was for Penny Mac and their cronies at Blank Rome.

Seriously though, I am a signer of The Declaration of Independence. I am an American National. I am a statesman in private in the Virginia union state and republic. I am, above all things — I am, that which God has made me.

So the magic language of endless words does not in any instance bends the truth. Words from attorned lips. And as you know (ledger) well my claim is in the nation of my birth, Virginia. And I seek justice. I wrote the Federal Appeals Court of Washington, D.C. to let them know 'a bunch of American Bar Attorneys are killing trees again to be important. Attorneys who are foreign to the cause of America, who are against Jesus Christ (Savior) and who are wicked and empty.

And so, I wait.

Me.

God Speed to Donald J Trump, David Robert Steele, Randall Robinson, Michael Savage, Andrew Hacker's Family, The Bishop at Richmond / his Diocese, and the late David Wynn Miller shall be remembered, and lastly David Icke.

Great lengths now been taken by a group that I know to be the "Adversary of ALL MEN," bankers. Penny Mac is of this settlement of wrong-doers. Yes, I listened to what I know to be the clarion call of justice.

1. Penny Mac did not loan me money. Penny Mac was connected with Louisa County to raise property taxes on this "uppity-nigger," so that he might lose his land-rights.

Lo and behold I have not lost any rights, my rights are secure.

And, I listened to a youtube podcast, with an older distinguished white male - providing the information for all Americans to have at their disposal, and that is Banking/Mortgage loans are fraudulent. This is what set me on my journey.

Now everything, and I mean everything is about race in America. This beautiful country is contaminated with wicked people. President Donald Trump know this so why don't you? And the so-called "Powers that be," will exist for a little while longer. The heavens, God himself has told his children/saints that the wicked would be destroyed and that their names would be blotted out in the earth. Amen.

37. In June of 2020, Kahapea initiated another action against Plaintiff and Plaza in the United States District Court, District of California – Central District by filing a Motion to confirm the same Kahapea Arbitration Award. *Kahapea v. PennyMac Loan Services, LLC et al.*, Case No. 2:20-cv-05195-FMO-PDx.[5]

### JOHNSON'S PARTICIPATION IN THE SCHEME

38. On or about June 12, 2015, Johnson obtained a loan ("Johnson Loan") in the amount of $272,000 from Alcova Mortgage, LLC. The Johnson Loan was secured by the real property located at 451 May Lane, Louisa, VA 23093 (the "Virginia Property"). PennyMac currently services the Johnson Loan.

*[Handwritten annotation: "Lie! This is my credit, present and offer to me."]*

*[Handwritten annotation: "This is Private Property; Not Real or Residential."]*

39. On or about December 20, 2018, Johnson sent PennyMac a handwritten note, written on Johnson's monthly mortgage statement dated September 13, 2018, explaining that he is "changing the terms of this contract for legal reasons" and further explained that he "will address the particulars in detail at a later date." On or about July 5, 2019, Johnson sent PennyMac a "Conditional Acceptance for Value and Counter Offer" on a form substantially similar to the one use by Kahapea. The form also states that Johnson is conditionally accepting an unspecified offer under a list of terms and conditions.

*[Handwritten annotation: "Penny Mac got a Remittance Coupon, If dis. honored why did they not send back my Instrument of Good faith and Good will?"]*

---

[5] Plaintiff filed an Opposition to the Motion and a Motion to Dismiss, or in the alternative, Motion to Transfer Venue to this Court.

*[Handwritten at top: "The Crown Jewel: Statement is Not true. These lawyers don't know what Penny Mac is Nor can they know. And, they are paid LIARS. All of this paperwork is Alleged to be true"]*

17. The Court has personal jurisdiction over defendants Sitcomm, Moffett, Goulette, Kahapea, Johnson, Gibbs, EeoN, and Magee (collectively, "Defendants") because they intentionally instituted, facilitated, and/or participated in the alleged arbitrations that purportedly occurred in Laurel, Mississippi and/or issued arbitration notices or awards from Mississippi as stated in the arbitration awards and therefore purposefully availed themselves to the privilege of conducting activities in this forum, and the claims arise out of or *[No]* result from forum-related activities in Mississippi consistent with Mississippi's long-arm statute, Mississippi Code § 13-3-57.

18. Venue is proper in this judicial district pursuant to 9 U.S.C. § 12 because one of the alleged arbitration awards at issue was made in Laurel, Mississippi and the other was mailed and issued from Mississippi.

## STATEMENT OF ALLEGED FACTS

19. Plaintiff is a national *[Not]* mortgage lender that provides its customers with a range of innovative solutions to help them purchase, *[No]* refinance, or *[No]* remain in a home and/or acts as the servicer of *[Not]* mortgage loans.

## THE STICOMM ARBITRATION SCHEME

20. Plaintiff is informed and believes, and on that basis alleges that Sitcomm's arbitrations are a sham that are actually part of a scheme designed to

*[Handwritten annotation top left with arrow: "Dangling Modifier" pointing to "informed"]*

*[Handwritten "No" above paragraph 40]*

40. Plaintiff is informed and believes that in or about October 2019, Johnson instituted an illegitimate arbitration proceeding against Plaintiff (the "Johnson Arbitration"). On or about October 10, 2019, Plaintiff received a notice of arbitration hearing ("Johnson Notice") from Sitcomm by Priority U.S. Mail mailed from Laurel, Mississippi. The Johnson Notice purports to set an arbitration hearing for October 21, 2019 and states that if a response is not received within ten days from receipt of the notice, the "Arbitrator will presume your acceptance and may proceed to review the supporting documentation electronically and issue a binding decision." The Johnson Notice does not provide a location for the arbitration hearing. Gibbs electronically signed the Johnson Notice. The Johnson Notice does not indicate the nature of Johnson's grievances or reference any claims asserted against Plaintiff. A copy of the Johnson Notice is attached hereto as Exhibit D.

*[Handwritten annotation: "The dates are not correct, Penny Mac could have informed the Arbitrator of mutual time."]*

*[Handwritten annotation: "Not true. A date and location was provided."]*

*[Handwritten "No" under "indicate"]*

*[Handwritten "No" above "respond"]*

41. Again, Plaintiff did not respond to the Johnson Notice because it was clearly illegitimate in that Sitcomm, the entity issuing the Johnson Notice, is not a recognized arbitration program. According to Sitcomm's website, it represents distressed borrowers in debt relief matters and does not conduct legitimate arbitrations. Plaintiff in no way waived any rights by declining to respond to the Johnson Notice.

*[Handwritten "No" to the left of "recognized"]*

*[Handwritten annotation at bottom: "Why is it not recognized? Penny Mac is not recognized anything in many circles."]*