IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**                                      **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 2:19-cv-193-KS-MTP**

**SITCOMM ARBITRATION ASSOCIATION,**
**MARK MOFFETT, SANDRA GOULETTE,**
**RONNIE KAHAPEA, MARK JOHNSON,**
**KIRK GIBBS, and ALARIC SCOTT**                                      **DEFENDANTS**

## ORDER

This cause comes before the Court *sua sponte* on the issue of consolidating this case with the case styled *Ronnie Louis Marvel Kahapea v. Pennymac Loan Services, LLC, et al.*, Case No. 2:20-cv-151-KS-MTP, which was transferred to this Court on August 13, 2020.[1] Pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court finds these cases involve common questions of law and fact and proposes to consolidate them under this case style in accordance with Local Uniform Rule 42.

Therefore, it is hereby ORDERED that any party who objects to this consolidation must file a Notice of Objection to Consolidation with the Court **on or before November 18, 2020**, stating the grounds and legal authority for such objection. Should the Court hear no objections, the Court will enter a separate Order consolidating to two actions in the days following the above-stated deadline.

SO ORDERED AND ADJUDGED this 26th day of October 2020.

/s/ Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

---

[1] "A motion to consolidate is not required; the court may invoke Rule 42(a) *sua sponte*." *Miller v. U.S. Postal Svc.*, 729 F.2d 1033, 1036 (5th Cir. 1984) (quoting *Gentry v. Smith*, 487 F.2d 571, 581 (5th Cir.1973)).