# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## Eastern Division

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, | CIVIL ACTION<br>Case No: 2:19-cv-00193-KS-MTP |
| Plaintiff, | |
| -vs- | |
| SITCOMM ARBITRATION ASSOCIATION, MARK MOFFETT, SANDRA GOULETTE, RONNIE KAHAPEA, MARK JOHNSON, KIRK GIBBS, and ALARIC SCOTT, | |
| Defendants. | |

**PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S PROOF OF SERVICE OF DISCOVERY REQUESTS PROPOUNDED TO DEFENDANTS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

1.    On October 8, 2020 the discovery attached hereto as Exhibit A was sent to Defendant Mark Johnson via FedEx and was delivered on October 9, 2020 as reflected in the delivery confirmation receipt email attached hereto as Exhibit B.

2.    On October 8, 2020 the discovery attached hereto as Exhibit C was sent to Defendant Sandra Goulette via FedEx and was delivered on October 9, 2020 as reflected in the delivery confirmation receipt email attached hereto as Exhibit D.

3.    On October 8, 2020 the discovery attached hereto as Exhibit E was sent to Defendant Mark Moffett via FedEx and was delivered on October 9, 2020 as reflected in the delivery confirmation receipt email attached hereto as Exhibit F.

1

4.       On October 8, 2020 the discovery attached hereto as Exhibit G was sent to Defendant Kirk Gibbs via FedEx and was delivered on October 9, 2020 as reflected in the delivery confirmation receipt email attached hereto as Exhibit H.

5.       On October 8, 2020 the discovery attached hereto as Exhibit I was sent to Defendant Ronnie Kahapea via U.S. Mail.  My office did not receive a return to sender or any notice that it was not delivered to him.

Dated: November 19, 2020

                Respectfully submitted,

*/s/ Nicole Bartz Metral*
Cheryl S. Chang (admitted *pro hac vice*)
Nicole Bartz Metral (admitted *pro hac vice*)
Jessica A. McElroy (admitted *pro hac vice*)

BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067-2907
Telephone: 424.239.3400
Facsimile:  424.239.3434
Chang@blankrome.com
Nbmetral@blankrome.com
Jmcelroy@blankrome.com

Harris F. Powers III
Steven C. Cookston

Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, MS 38935-8230

                                  Telephone No.: 662-455-1613
                                  Fax No. 662-453-9245
                                  hpowers@upshawwilliams.com
                                  scookston@upshawwilliams.com

*Counsel for Plaintiff*

136044.01923/124015928v.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is **BLANK ROME LLP**, 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

 On **November 19, 2020**, I served the foregoing document(s):

**PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S PROOF OF SERVICE OF DISCOVERY REQUESTS PROPOUNDED TO DEFENDANTS**

**on the interested parties in this action addressed and sent as follows:**

**SEE ATTACHED SERVICE LIST**

- ☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

- ☒ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated.  I am "readily familiar" with this firm's practice of collection and processing documents for mailing.  It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

- ☐ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

- ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **November 19, 2020** at Los Angeles, California.

                                       */s/Charman S. Bee*
                                       Charman S. Bee

# **SERVICE LIST**

*Pennymac Loan Services, LLC v. Sitcomm Arbitration Association, et al.*;
Case No. 2:19-cv-00193-KS-MTP

| | |
|---|---|
| Ronnie Kahapea<br>P.O. Box 875<br>Volcano, HI 96785 | Defendant |
| Mark Johnson<br>451 May Lane<br>Louisa, VA 23093 | Defendant |
| Kirk Gibbs<br>4155 Lawrenceville Highway<br>PMB 8119<br>Lilburn, GA 30047 | Defendant |
| Sandra Goulette<br>3007 Crescent Hill Drive<br>Laurel, MS 39440 | Defendant |
| Mark Moffett<br>345 Coon Jeffcoat Road<br>Soso, MS 39480 | Defendant |

136044.01923/124015928v.1