# EXHIBIT B

# Bee, Charman

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, October 9, 2020 9:33 AM |
| **To:** | Metral, Nicole |
| **Subject:** | FedEx Shipment 397648012922 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Blank Rome LLP |
| Name: | Tina Melendez |
| E-mail: | tmelendez@blankrome.com |
| | |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 136044.01923-92354 |
| Ship date: | Oct 8, 2020 |
| Signed for by: | Signature not required |
| Delivery location: | LOUISA, VA |
| Delivered to: | Residence |
| Delivery date: | Fri, 10/9/2020 12:30 pm |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services | Deliver Weekday |
| | No Signature Required |
| | Residential Delivery |
| Standard transit: | 10/9/2020 by 4:30 pm |
| | |
| Tracking number: | 397648012922 |

| Shipper Information | Recipient Information |
|---|---|
| Tina Melendez | Mark Johnson |
| Blank Rome LLP | 451 MAY LN |
| 2029 Century Park East | LOUISA |
| 6th Floor | VA |
| Los Angeles | US |
| CA | 23093 |
| US | |
| 90067 | |

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:32 AM CDT on 10/09/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.com/v3/__https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=397648012922&language=en&opco=FX&clientype=ivother__;!!BzMsqVLNNjU!ZDB8VyaNfttcfy8lsGnKi0EBiBa-EEqvGU6lRSOv_xtWtaH54VTpKdjJRB1NZN6psQ$

This tracking update has been sent to you by FedEx on behalf of the Requestor tmelendez@blankrome.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.