# EXHIBIT D

**Bee, Charman**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, October 9, 2020 9:48 AM |
| **To:** | Metral, Nicole |
| **Subject:** | FedEx Shipment 397648218227 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Blank Rome LLP |
| Name: | Tina Melendez |
| E-mail: | tmelendez@blankrome.com |
| | |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 136044.01923-92354 |
| Ship date: | Oct 8, 2020 |
| Signed for by: | Signature Release on file |
| Delivery location: | LAUREL, MS |
| Delivered to: | Residence |
| Delivery date: | Fri, 10/9/2020 11:47 am |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services | Deliver Weekday |
| | No Signature Required |
| | Residential Delivery |
| Standard transit: | 10/9/2020 by 12:00 pm |
| | |
| Tracking number: | 397648218227 |

Shipper Information          Recipient Information
Tina Melendez          Sandra Goulette
Blank Rome LLP          3007 CRESCENT HILL DR
2029 Century Park East          LAUREL
6th Floor          MS
Los Angeles          US
CA          39440
US
90067

1

Please do not respond to this message. This email was sent from an unattended  mailbox. This report was generated at approximately 11:48 AM  CDT  on 10/09/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery  displayed above. FedEx does not determine money-back guarantee or  delay  claim requests based on the scheduled delivery. Please see the FedEx  Service Guide for terms  and
conditions of service, including the FedEx Money-Back Guarantee,  or contact  your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.com/v3/__https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=397648218227&language=en&opco=FX&clientype=ivother__;!!BzMsqVLNNjU!YAOFX7iczFOE-Nfnvv2E2VMFnTTiyvO-3MTUMlDtsd2RBWF-3OLU8syw2veoptUnnA$

This tracking update has been sent to you by FedEx on behalf of the Requestor  tmelendez@blankrome.com. FedEx does not validate the authenticity  of the requestor and does not validate, guarantee or warrant the authenticity  of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered  by, based on the selected service, destination and ship date. Limitations  and exceptions may apply. Please see the FedEx Service Guide for  terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx  Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected  by copyright and trademark laws under U.S. and international law. You  can access our privacy policy by searching the term on fedex.com. All  rights reserved.

Thank you for your business.