```
1   Ronnie-Louis-Marvel: Kahapea
    RLK-05271980-HI
2   A Natural Man
    Sui Juris
3   P.O. Box 875
    Volcano, Hawaii 96785
4   Phone: 808-936-9137
    Email: bloodwolf80@gmail.com
5
```



# U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

| PENNYMAC LOAN SERVICES, LLC | Case No.: 2:19-cv-193-KS-MTP |
|---|---|
| Plaintiff, | |
| vs. | **JUDICIAL NOTICE OF CONDITIONAL ACCEPTANCE TO THE APPEARANCE TO THE DEPOSITION PRECEEDINGS** |
| RONNIE LOUIS MARVEL KAHAPEA, | |
| Defendant | **EXHIBIT 1** |

**JUDICIAL NOTICE OF CONDITIONAL ACCEPTANCE TO THE APPEARANCE TO THE DEPOSITION PRECEEDINGS**

Dated this 25th of November, 2020.

### INTRODUCTION

Notice to the Court is now being given that although there is still no evidence of proven Jurisdiction in the court record for this case, *see 18 U.S.C. §175.20* and no Personam Jurisdiction has been established and recorded into the court for this matter to proceed being that this is a Tax issue that needs to be adjudged in a Tax Court, with a dispute to the rightful Payor and Payee to the Bond for this case, without a Judge/Magistrate evidencing to not having any

JUDICIAL NOTICE OF CONDITIONAL ACCEPTANCE TO THE APPEARANCE TO THE DEPOSITION PRECEEDINGS - 1

financial interest in the process, an authority to the validity of the use of the name RONNIE LOUIS MARVEL KAHAPEA has not been established, nor the authority to use the name RONNIE LOUIS MARVEL KAHAPEA as a means to identify a Living Man; Ronnie-Louis-Marvel: Kahapea, the sole directing principal of the Defendant RONNIE LOUIS MARVEL KAHAPEA, agrees to make an appearance to the November 30, 2020 invitation to depose substantial information regarding this court proceedings pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, if the parties moving this case, by Sworn Affidavit, signed and Notarized, under the penalty of perjury, holding themselves jointly and severally, corporately and personally liable, answers the five provisions I have prepared below, point by point;

- Provide the proof that supports PENNYMAC LOAN SERVICES, LLC incurred a loss, physical injury or physical harm by providing the full, whole and complete accounting of Account No.: 1437829748; and

- Provide the list of witnesses that can either confirm or contest upon first hand knowledge the acts or actions within the dispute where there are claims of fraud, scams etc.; and

- Provide an acknowledgement to contract with Ronnie-Louis-Marvel: Kahapea, agreeing to the terms listed in the Fee Schedule from the November 3rd 2020 CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE (EXHIBIT 1) private contractual agreement for my time used in this deposition invitation; and

JUDICIAL NOTICE OF CONDITIONAL ACCEPTANCE TO THE APPEARANCE TO THE DEPOSITION PRECEEDINGS - 2

- Provide an acknowledgement to make the initial $10,000.00 according to the Pre-determined rate of $10,000.00 /hearing as stipulated BEFORE the required three(3) days until November 30; and
- Provide an agreement to dissolve any existing or current court fees, attorney fees etc. that may be assumed to being due and owed by the defendant.

The execution of any action without first providing proof and the required rebuttal of the affidavit herein, constitutes injury and harm and does make the parties jointly and severally, commercially and personally liable on a claim that may be liquidated against your public hazard bond, wages, earnings, rents, accounts, properties, assets and income from every source.

Further, the record of the court will reflect a disregard in procedure with the Attorneys acting as agents for the Plaintiff, by not providing as evidence, the authority to litigate in a foreign status as BAR Attorneys. It has been stated on the record that they all are licensed, but have not provided any proof on the record to that matter.

X _____                           DATE:  November 25, 2020

JUDICIAL NOTICE OF CONDITIONAL ACCEPTANCE TO THE APPEARANCE TO THE DEPOSITION PRECEEDINGS - 3