# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## Eastern Division

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, | CIVIL ACTION |
| | Case No: 2:19-cv-00193-KS-MTP |
| Plaintiff, | |
| -vs- | |
| SITCOMM ARBITRATION ASSOCIATION, MARK MOFFETT, SANDRA GOULETTE, RONNIE KAHAPEA, MARK JOHNSON, KIRK GIBBS, and ALARIC SCOTT, | |
| Defendants. | |

**PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S PROOF OF SERVICE OF NOTICES OF DEPOSITION AND FURTHER CORRESPONDENCE REGARDING DEPOSITIONS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

1.   On November 11, 2020 the Notice of Deposition for Defendant Sandra Goulette attached hereto as Exhibit A was sent to Defendant Sandra Goulette via FedEx and was delivered on November 12, 2020 as reflected in the printout of the delivery confirmation webpage attached hereto as Exhibit B.

2.   On November 11, 2020 the Notice of Deposition for Defendant Mark Johnson attached hereto as Exhibit C was sent to Defendant Mark Johnson via FedEx and was delivered on November 12, 2020 as reflected in the printout of the delivery confirmation webpage attached hereto as Exhibit D.

3.   On November 11, 2020 the Notice of Deposition for Defendant Mark Moffett attached hereto as Exhibit E was sent to Defendant Mark Moffett via FedEx

1

and was delivered on November 12, 2020 as reflected in the printout of the delivery confirmation webpage attached hereto as Exhibit F.

4. On November 11, 2020 the Notice of Deposition for Defendant Ronnie Kahapea attached hereto as Exhibit G was sent to Defendant Ronnie Kahapea via U.S. Mail. My office did not receive a return to sender or any notice that it was not delivered to him.

5. On November 17, 2020, a cover letter enclosing the Notices of Deposition for Sandra Goulette, Mark Johnson, Mark Moffett, Ronnie Kahapea, and Kirk Gibbs was also served on defendants Sandra Goulette, Mark Johnson, Mark Moffett, Ronnie Kahapea, and Kirk Gibbs. A copy of the November 17, 2020 letter is attached hereto as Exhibit H. Defendants Sandra Goulette, Mark Johnson, Mark Moffett, Ronnie Kahapea, and Kirk Gibbs were served with this letter and the enclosures via FedEx and the letter and its enclosures were delivered on November 18, 2020 and November 19, 2020. Delivery confirmation receipts are attached hereto as Exhibit I. Kirk Gibbs was served at two different addresses with the letter as well as each Notice of Deposition, including his own.

6. Defendant Ronnie Kahapea was served with the November 17, 2020 letter and its enclosures via US Priority Mail. This was delivered to the post office and ready for pick-up on November 21, 2020 and he picked it up on November 27, 2020 as reflected by the printout of the delivery confirmation webpage attached hereto as Exhibit J. On November 24, 2020, my office also emailed Mr. Kahapea a courtesy copy of his Notice of Deposition and the November 17, 2020 letter and I was copied on this email. A true and correct copy of the email transmitting the attachments are attached hereto as Exhibit K.

Dated: December 4, 2020

        Respectfully submitted,

*/s/ Nicole Bartz Metral*
Cheryl S. Chang (admitted *pro hac vice*)
Nicole Bartz Metral (admitted *pro hac vice*)
Jessica A. McElroy (admitted *pro hac vice*)

BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067-2907
Telephone: 424.239.3400
Facsimile:  424.239.3434
Chang@blankrome.com
Nbmetral@blankrome.com
Jmcelroy@blankrome.com


Harris F. Powers III
Steven C. Cookston

Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, MS 38935-8230
Telephone No.: 662-455-1613
Fax No. 662-453-9245
hpowers@upshawwilliams.com
scookston@upshawwilliams.com

*Counsel for Plaintiff*

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **BLANK ROME LLP**, 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On **December 4, 2020**, I served the foregoing document(s):

**PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S PROOF OF SERVICE OF NOTICES OF DEPOSITION AND FURTHER CORRESPONDENCE REGARDING DEPOSITIONS**

**on the interested parties in this action addressed and sent as follows:**

**SEE ATTACHED SERVICE LIST**

☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

☒ **BY CERTIFIED MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **December 4, 2020** at Los Angeles, California.

                                            */s/Michelle Grams*
                                            Michelle Grams

# SERVICE LIST

*Pennymac Loan Services, LLC v. Sitcomm Arbitration Association, et al.*;
Case No. 2:19-cv-00193-KS-MTP

## VIA CERTIFIED MAIL:

| | |
|---|---|
| Ronnie Kahapea<br>P.O. Box 875<br>Volcano, HI 96785 | Defendant |
| Brett "Eeon" Jones<br>c/o California Institution for Men Post<br>Box 3100<br>Chino, CA 91708 | Defendant |

## VIA FEDEX:

| | |
|---|---|
| Mark Johnson<br>451 May Lane<br>Louisa, VA 23093 | Defendant |
| Kirk Gibbs<br>4155 Lawrenceville Rd.<br>PMB 8119<br>Lilburn, GA 30047 | Defendant |
| Kirk Gibbs<br>525 Arlington Circle NW<br>Lenoir, NC 28645 | Defendant |
| Sandra Goulette<br>3007 Crescent Hill Drive<br>Laurel, MS 39440 | Defendant |
| Mark Moffett<br>345 Coon Jeffcoat Road<br>Soso, MS 39480 | Defendant |

5

## SERVICE LIST (continued)

*Pennymac Loan Services, LLC v. Sitcomm Arbitration Association, et al.*;
Case No. 2:19-cv-00193-KS-MTP

| | |
|---|---|
| Rance Magee<br>11294 Rose Road<br>Emmett, MI 48022 | Defendant |
| Innovated Holdings, Inc. dba<br>SitcommArbitration Association<br>C/O Registered Agents, Inc.<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801 | Defendant |

136044.01923/124088397v.3