# EXHIBIT B

398819597276

# Delivered
## Thursday 11/12/2020 at 1:59 pm

**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Los Angeles, CA US | LAUREL, MS US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 398819597276 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Residence | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Shipper | 136044.01923-04319 | FedEx Envelope |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday, Residential Delivery, No Signature Required | 11/12/2020 by 12:00 pm | Wed 11/11/2020 |

**ACTUAL DELIVERY**
Thu 11/12/2020 1:59 pm

## Travel History

Local Scan Time

Thursday , 11/12/2020

| Time | Location | Status |
|---|---|---|
| 1:59 pm | Laurel, MS | Delivered |
| | | Left at garage. Package delivered to recipient address - release authorized |
| 9:09 am | HATTIESBURG, MS | On FedEx vehicle for delivery |
| 8:18 am | HATTIESBURG, MS | At local FedEx facility |
| 4:33 am | KENNER, LA | At destination sort facility |
| 3:41 am | MEMPHIS, TN | Departed FedEx location |

| | | |
|---|---|---|
| 12:45 am | MEMPHIS, TN | Arrived at FedEx location |

Wednesday , 11/11/2020

| | | |
|---|---|---|
| 6:11 pm | MARINA DEL REY, CA | Left FedEx origin facility |
| 4:18 pm | MARINA DEL REY, CA | Picked up |
| 2:53 pm | | Shipment information sent to FedEx |