# EXHIBIT D

398819057588

## Delivered
### Thursday 11/12/2020 at 12:40 pm

**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**  
Los Angeles, CA US

**TO**  
LOUISA, VA US

## Shipment Facts

**TRACKING NUMBER**  
398819057588

**SERVICE**  
FedEx Priority Overnight

**WEIGHT**  
0.5 lbs / 0.23 kgs

**DELIVERED TO**  
Residence

**TOTAL PIECES**  
1

**TOTAL SHIPMENT WEIGHT**  
0.5 lbs / 0.23 kgs

**TERMS**  
Shipper

**SHIPPER REFERENCE**  
136044.01923-04319

**PACKAGING**  
FedEx Envelope

**SPECIAL HANDLING SECTION**  
Deliver Weekday, Residential Delivery, No Signature Required

**STANDARD TRANSIT**  
11/12/2020 by 4:30 pm

**SHIP DATE**  
Wed 11/11/2020

**ACTUAL DELIVERY**  
Thu 11/12/2020 12:40 pm

## Travel History

Local Scan Time

Thursday , 11/12/2020

| Time | Location | Status |
|---|---|---|
| 12:40 pm | LOUISA, VA | Delivered  Package delivered to recipient address - release authorized |
| 10:03 am | CHARLOTTESVILLE, VA | On FedEx vehicle for delivery |
| 9:45 am | CHARLOTTESVILLE, VA | At local FedEx facility |
| 6:46 am | RICHMOND, VA | At destination sort facility |
| 4:12 am | MEMPHIS, TN | Departed FedEx location |

| | | |
|---|---|---|
| 12:45 am | MEMPHIS, TN | Arrived at FedEx location |

Wednesday , 11/11/2020

| | | |
|---|---|---|
| 6:11 pm | MARINA DEL REY, CA | Left FedEx origin facility |
| 4:18 pm | MARINA DEL REY, CA | Picked up |
| 2:43 pm | | Shipment information sent to FedEx |