# EXHIBIT F

398819830815

## Delivered
### Thursday 11/12/2020 at 12:55 pm

**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Los Angeles, CA US | SOSO, MS US |

### Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 398819830815 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Residence | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Shipper | 136044.01923-04319 | FedEx Envelope |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday, Residential Delivery, No Signature Required | 11/12/2020 by 12:00 pm | Wed 11/11/2020 |

**ACTUAL DELIVERY**
Thu 11/12/2020 12:55 pm

### Travel History

Local Scan Time

**Thursday , 11/12/2020**

| Time | Location | Status |
|---|---|---|
| 12:55 pm | SOSO, MS | Delivered |
| | | Left at garage. Package delivered to recipient address - release authorized |
| 8:46 am | HATTIESBURG, MS | On FedEx vehicle for delivery |
| 8:19 am | HATTIESBURG, MS | At local FedEx facility |
| 4:33 am | KENNER, LA | At destination sort facility |
| 3:41 am | MEMPHIS, TN | Departed FedEx location |

| 12:45 am | MEMPHIS, TN | Arrived at FedEx location |
|---|---|---|

Wednesday , 11/11/2020

| 6:11 pm | MARINA DEL REY, CA | Left FedEx origin facility |
|---|---|---|
| 4:18 pm | MARINA DEL REY, CA | Picked up |
| 2:57 pm | | Shipment information sent to FedEx |