# EXHIBIT I

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, November 18, 2020 9:33 AM |
| **To:** | Metral, Nicole |
| **Subject:** | FedEx Shipment 399059812115 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Blank Rome LLP |
| Name: | Nicole Metral |
| E-mail: | nbmetral@blankrome.com |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 136044.01923-04319 |
| Ship date: | Nov 17, 2020 |
| Signed for by: | Signature not required |
| Delivery location: | LOUISA, VA |
| Delivered to: | Residence |
| Delivery date: | Wed, 11/18/2020 12:32 pm |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 11/18/2020 by 4:30 pm |
| Tracking number: | 399059812115 |

| Shipper Information | Recipient Information |
|---|---|
| Nicole Metral | Mark Johnson |
| Blank Rome LLP | 451 MAY LN |
| 2029 Century Park East | LOUISA |
| 6th Floor | VA |
| Los Angeles | US |
| CA | 23093 |
| US | |
| 90067 | |

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:32 AM CST on 11/18/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.com/v3/__https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=399059812115&language=en&opco=FX&clienttype=ivother__;!!BzMsqVLNNjU!YIxUL4rehNyJf_lt5FmJDnYC5H_1fR7H_0cIXVPEJzMd48nQ7lq01qL7XIDHemCA8g$

This tracking update has been sent to you by FedEx on behalf of the Requestor nbmetral@blankrome.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, November 18, 2020 11:37 AM |
| **To:** | Metral, Nicole |
| **Subject:** | FedEx Shipment 399060766984 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Blank Rome LLP |
| Name: | Nicole Metral |
| E-mail: | nbmetral@blankrome.com |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 136044.01923-04319 |
| Ship date: | Nov 17, 2020 |
| Signed for by: | Signature not required |
| Delivery location: | SOSO, MS |
| Delivered to: | Residence |
| Delivery date: | Wed, 11/18/2020 1:36 pm |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 11/18/2020 by 12:00 pm |
| Tracking number: | 399060766984 |

Shipper Information                Recipient Information
Nicole Metral                      Mark Moffett
Blank Rome LLP                     345 COON JEFCOAT RD
2029 Century Park East             SOSO
6th Floor                          MS
Los Angeles                        US
CA                                 39480
US
90067

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:37 PM CST on 11/18/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.com/v3/__https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=399060766984&language=en&opco=FX&clientype=ivother__;!!BzMsqVLNNjU!eIeZ9YzRkAHvVORaLzdloQxF5goYYnwb7L5-wqEURiHT1foUE8IE_veR-6MIKHVT2g$

This tracking update has been sent to you by FedEx on behalf of the Requestor nbmetral@blankrome.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

2

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, November 18, 2020 8:22 AM |
| **To:** | Metral, Nicole |
| **Subject:** | FedEx Shipment 399060635879 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Blank Rome LLP |
| Name: | Nicole Metral |
| E-mail: | nbmetral@blankrome.com |
| | |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 136044.01923-04319 |
| Ship date: | Nov 17, 2020 |
| Signed for by: | Signature not required |
| Delivery location: | LAUREL, MS |
| Delivered to: | Residence |
| Delivery date: | Wed, 11/18/2020 10:20 am |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 11/18/2020 by 12:00 pm |
| | |
| Tracking number: | 399060635879 |

Shipper Information                Recipient Information
Nicole Metral                      Sandra Goulette
Blank Rome LLP                     3007 CRESCENT HILL DR
2029 Century Park East             LAUREL
6th Floor                          MS
Los Angeles                        US
CA                                 39440
US
90067

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:21 AM CST on 11/18/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.com/v3/__https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=399060635879&language=en&opco=FX&clienttype=ivother__;!!BzMsqVLNNjU!f96Ae2TU1XJcVkdewfwMI6_fZCxZJjeJgcdi6L-H2NY4SVe8iAoRTtH6SsxWoqVnhQ$

This tracking update has been sent to you by FedEx on behalf of the Requestor nbmetral@blankrome.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

2

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, November 18, 2020 10:32 AM |
| **To:** | Metral, Nicole |
| **Subject:** | FedEx Shipment 399060300913 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Blank Rome LLP |
| Name: | Nicole Metral |
| E-mail: | nbmetral@blankrome.com |
| | |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 136044.01923-04319 |
| Ship date: | Nov 17, 2020 |
| Signed for by: | Signature not required |
| Delivery location: | LENOIR, NC |
| Delivered to: | Residence |
| Delivery date: | Wed, 11/18/2020 1:30 pm |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 11/18/2020 by 12:00 pm |
| | |
| Tracking number: | 399060300913 |

| Shipper Information | Recipient Information |
|---|---|
| Nicole Metral | Kirk Gibbs |
| Blank Rome LLP | 525 ARLINGTON CIR NW |
| 2029 Century Park East | LENOIR |
| 6th Floor | NC |
| Los Angeles | US |
| CA | 28645 |
| US | |
| 90067 | |

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:32 PM CST on 11/18/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.com/v3/__https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=399060300913&language=en&opco=FX&clientype=ivother__;!!BzMsqVLNNjU!byeAHWflHbWy4z939oVf4q9VQN-G5h-VSU7QoZkEk87w9hDuKZ-70esyic-7nf_XZQ$

This tracking update has been sent to you by FedEx on behalf of the Requestor nbmetral@blankrome.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

2

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, November 19, 2020 9:10 AM |
| **To:** | Metral, Nicole |
| **Subject:** | FedEx Shipment 399060123963 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Blank Rome LLP |
| Name: | Nicole Metral |
| E-mail: | nbmetral@blankrome.com |
| | |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following shipment has been delivered:


| | |
|---|---|
| Reference: | 136044.01923-04319 |
| Ship date: | Nov 17, 2020 |
| Signed for by: | T.TAYLOR |
| Delivery location: | LILBURN, GA |
| Delivered to: | Receptionist/Front Desk |
| Delivery date: | Wed, 11/18/2020 2:26 pm |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services | Deliver Weekday |
| | No Signature Required |
| Standard transit: | 11/18/2020 by 10:30 am |
| | |
| Tracking number: | 399060123963 |


| Shipper Information | Recipient Information |
|---|---|
| Nicole Metral | Kirk Gibbs |
| Blank Rome LLP | 4155 LAWRENCEVILLE HWY NW |
| 2029 Century Park East | PMB 8119 |
| 6th Floor | LILBURN |
| Los Angeles | GA |
| CA | US |
| US | 30047 |
| 90067 | |

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:09 AM CST on 11/19/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.com/v3/__https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=399060123963&language=en&opco=FX&clienttype=ivother__;!!BzMsqVLNNjU!Yn_ih4y90luKEjpGDA5si98KaSNDrlBxtPWkTSL8c-MmGNEBV1PHkbdjTDnpJrW9xA$

This tracking update has been sent to you by FedEx on behalf of the Requestor nbmetral@blankrome.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.