# EXHIBIT J

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9114902307224670949779

Your item was delivered at 1:40 pm on November 27, 2020 in VOLCANO, HI 96785.

## ⊘ Delivered

November 27, 2020 at 1:40 pm
Delivered
VOLCANO, HI 96785

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**November 27, 2020, 1:40 pm**
Delivered
VOLCANO, HI 96785
Your item was delivered at 1:40 pm on November 27, 2020 in VOLCANO, HI 96785.

---

Reminder to Schedule Redelivery of your item

---

**November 21, 2020**
In Transit to Next Facility

**November 21, 2020, 12:04 pm**
Available for Pickup
VOLCANO, HI 96785

**November 21, 2020, 11:50 am**
Arrived at Post Office
VOLCANO, HI 96785

**November 20, 2020, 6:54 am**
Arrived at USPS Regional Facility
HONOLULU HI DISTRIBUTION CENTER

**November 17, 2020, 10:15 pm**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

Product Information 

Feedback

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**