# EXHIBIT K

**Bee, Charman**

---

| | |
|---|---|
| **From:** | Bee, Charman |
| **Sent:** | Tuesday, November 24, 2020 10:56 AM |
| **To:** | 'bloodwolf80@gmail.com' |
| **Cc:** | Chang, Cheryl S.; Metral, Nicole |
| **Subject:** | Pennymac Loan Services, LLC v. Sitcomm Arbitration Association, et al. - Notice of Deposition of Ronnie Kahapea |
| **Attachments:** | 2020-11-17 Letter to All Defendants Enclosing Deposition Notices.pdf; Notice of Deposition of Ronnie Kahapea.pdf |

Mr. Kahapea,

The attached two documents were previously mailed to you and we wanted to provide you with courtesy copies via email.

As stated in the Notice of Deposition and November 17, 2020 letter, please contact Veritext's calendar team at calendar-LA@Veritext.com to retrieve the necessary credentials to access the remote deposition. Please also contact my office at least three (3) calendar days prior to your deposition so that the necessary credentials, call-in numbers, email address, services, testing and information, if necessary, can be arranged and provided to you prior to the proceeding.

Thank you.


**Charman Bee | ARC Resource Specialist |** BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3849 | F: 424.239.3434 | cbee@blankrome.com

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is **BLANK ROME LLP**, 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

    On **December 4, 2020**, I served the foregoing document(s):

**PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S PROOF OF SERVICE OF NOTICES OF DEPOSITION AND FURTHER CORRESPONDENCE REGARDING DEPOSITIONS**

**on the interested parties in this action addressed and sent as follows:**

**SEE ATTACHED SERVICE LIST**

☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

☒ **BY CERTIFIED MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated.  I am "readily familiar" with this firm's practice of collection and processing documents for mailing.  It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

    Executed on **December 4, 2020** at Los Angeles, California.

                               */s/Michelle Grams*
                               Michelle Grams

4

## SERVICE LIST

*Pennymac Loan Services, LLC v. Sitcomm Arbitration Association, et al.*;
Case No. 2:19-cv-00193-KS-MTP

### VIA CERTIFIED MAIL:

Ronnie Kahapea                          Defendant
P.O. Box 875
Volcano, HI 96785

Brett "Eeon" Jones                      Defendant
c/o California Institution for Men Post
Box 3100
Chino, CA 91708

### VIA FEDEX:

Mark Johnson                            Defendant
451 May Lane
Louisa, VA 23093

Kirk Gibbs                              Defendant
4155 Lawrenceville Rd.
PMB 8119
Lilburn, GA 30047

Kirk Gibbs                              Defendant
525 Arlington Circle NW
Lenoir, NC 28645

Sandra Goulette                         Defendant
3007 Crescent Hill Drive
Laurel, MS 39440

Mark Moffett                            Defendant
345 Coon Jeffcoat Road
Soso, MS 39480

**SERVICE LIST (continued)**

*Pennymac Loan Services, LLC v. Sitcomm Arbitration Association, et al.*;
Case No. 2:19-cv-00193-KS-MTP

Rance Magee                                  Defendant
11294 Rose Road
Emmett, MI 48022


Innovated Holdings, Inc. dba                 Defendant
SitcommArbitration Association
C/O Registered Agents, Inc.
30 N. Gould Street, Suite R
Sheridan, WY 82801

6