IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**                                          **PLAINTIFF**

**V.**                                   **CIVIL ACTION NO. 2:19-cv-193-KS-MTP**

**SITCOMM ARBITRATION ASSOCIATION,**
**MARK MOFFETT, SANDRA GOULETTE,**
**RONNIE KAHAPEA, MARK JOHNSON,**
**KIRK GIBBS, and ALARIC SCOTT**                                **DEFENDANTS**

## **ORDER**

This cause comes before the Court *sua sponte* again to address the issue of consolidating this case with the case styled *Ronnie Louis Marvel Kahapea v. Pennymac Loan Services, LLC, et al.*, Case No. 2:20-cv-151-KS-MTP, which was transferred to this Court on August 13, 2020.[1] Although the Court received no objections to consolidation, the Court has reconsidered its position and now finds that consolidation is not appropriate at this juncture. Therefore, the Court's Order dated October 26, 2020 [94] is hereby vacated.

SO ORDERED AND ADJUDGED this 9th day of December 2020.

                                                                             /s/ Keith Starrett
                                                                             KEITH STARRETT
                                                                             UNITED STATES DISTRICT JUDGE

---

[1] "A motion to consolidate is not required; the court may invoke Rule 42(a) *sua sponte*." *Miller v. U.S. Postal Svc.*, 729 F.2d 1033, 1036 (5th Cir. 1984) (quoting *Gentry v. Smith*, 487 F.2d 571, 581 (5th Cir.1973)).