# Exhibit C

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Cheryl S. Chang Esq<br>Blank Rome LLP<br>2029 Century Park E, 6th Floor<br>Los Angeles, CA, 90067 | Invoice #: **4748234**<br>Invoice Date: **1/4/2021**<br>Balance Due: **$1,451.00** |

| Case: Pennymac Loan Services, LLC v. Sitcomm Arbitration Association (2:19cv00193KSMTP) | Proceeding Type: Depositions |
|---|---|

Job #: 4367213   |   Job Date: 12/8/2020   |   Delivery: Normal

Location:          Los Angeles, CA
Billing Atty:      Cheryl S. Chang Esq
Scheduling Atty:   Nicole Metral | Blank Rome LLP

| Witness: Sandra Goulette | Amount |
|---|---:|
| Video Services | $1,401.00 |
| Shipping | $50.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,451.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,451.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Invoice #:      **4748234**
Invoice Date:   **1/4/2021**
Balance Due:    **$1,451.00**

45598