IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PENNYMAC LOAN SERVICES, LLC                                                         PLAINTIFF

CIVIL ACTION NO. 2:19cv193-TBM-MTP

INNOVATED HOLDINGS, INC., *et al.*                                                DEFENDANTS

## ORDER RESETTING TRIAL AND PRE-TRIAL CONFERENCE

As this matter was recently reassigned[1], the trial and pre-trial conference settings should be reset to align with the civil calendar of U.S. District Judge Taylor McNeel.

IT IS, THEREFORE, ORDERED:

1. The bench trial is reset for a three week trial term beginning July 12, 2021 before District Judge Taylor McNeel.

2. The pre-trial conference is reset for June 22-23, 2021 before District Judge Taylor McNeel at the United States Courthouse, Courtroom 706, 2012 15th Street, Gulfport, Mississippi.

3. Any conflicts with the new dates should be submitted to the District Judge and to the undersigned via e-mail (mcneel_chambers@mssd.uscourts.gov and parker_chambers@mssd.uscourts.gov) on or before January 27, 2021.

4. Except as set forth herein, all other provisions of the Amended Case Management Order [57] remain in place.

SO ORDERED this 13th day of January, 2021.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Order [107].