IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC,<br><br>            Plaintiff,<br><br>-vs-<br><br>INNOVATED HOLDINGS, INC. dba SITCOMM ARBITRATION ASSOCIATION; MARK MOFFETT; SANDRA GOULETTE; RONNIE KAHAPEA; MARK JOHNSON, KIRK GIBBS; BRETT "EEON" JONES aka EEON aka BRETT JONES aka BRETT TORIANO JONES-THEOPHILIOUS aka BRETT RANDOFF TORIANO KEEFFE HENRY KANA-SHAPHEL HITHRAPPES JONES-THEOPHILUS fka KEEFE BRANCH; and RANCE MAGEE,<br><br>            Defendants. | CIVIL ACTION<br>Case No: 2:19-cv-00193-TBM-MTP<br><br>**PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S MOTION TO STRIKE EEON'S PLEADINGS** |

**PENNYMAC LOAN SERVICES, LLC'S MOTION TO STRIKE EEON'S PLEADINGS**

COMES NOW, the Plaintiff, PennyMac Loan Services, LLC ("PennyMac" or "Plaintiff"), by and through counsel, and files this Motion to Strike pursuant to F.R.C.P. 12(f) showing unto the Court the following:

1

1. On August 10, 2020, PennyMac filed its First Amended Complaint ("FAC"), naming Brett "Eeon" Jones ("Eeon") as a defendant in this matter. D.E. 83.

2. On October 9, 2020, the Clerk of the U.S. District Court for the Southern District of Mississippi filed the Clerk's Entry of Default against Eeon. D.E. 92.

3. Thereafter, on January 4, 2021, defendant Brett "Eeon" Jones ("Eeon") filed three (3) pleadings that are the subject of this Motion to Strike: (1) his "Address Change Update Change of Venue Demand" ("Motion for Change of Venue") (D.E. 144, 01/04/2021); (2) a duplicate "Address Change Update Change of Venue Demand" (D.E. 145, 01/04/2021); and (3) his "Clarification and Documentation of the Record" ("Clarification") (D.E. 146, 01/04/2021).

4. PennyMac moves the Court to strike these three (3) pleadings. The Court properly entered a default against Eeon. Upon a proper showing that a party has failed to plead or otherwise defend a case brought against her, the Clerk of the Court is required to enter a default. F.R.C.P. 55(a). The Clerk's Entry of Default of October 9, 2020 against Eeon prevents him from entering any appearance or defense in the case without further Court order. Robbins v. Walker, 2008 WL 341658, at *1 (S.D. Miss. Feb. 5, 2008). After the default was entered by the Clerk, Eeon was prohibited from filing his Motion for Change of Venue or Clarification, or appearing

in the case in any manner, until he obtained leave of Court or obtained relief from the Clerk's Entry of Default. <u>Lamarr v. Chase Home Finance, LLC</u>, 2008 WL 4057208, at *1 (N.D. Miss. Aug. 26, 2008).

5. Because Eeon failed to file a timely response to the FAC, or to obtain permission to file his untimely pleadings or obtain relief from the Clerk's Entry of Default, PennyMac's Motion to Strike should be granted. <u>Lamarr v. Chase Home Finance, LLC</u>, 2008 WL 4057208, at *2.

6. For the reasons set forth above, and as set forth in the Memorandum in Support of PennyMac's Motion to Strike, PennyMac submits that its Motion is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, Plaintiff PennyMac Loan Services, LLC respectfully requests this Court to enter an Order granting its Motion to Strike, and for such other relief as the Court deems appropriate.

Dated:     January 25, 2021

                                              Respectfully submitted,

<u>/s/ Jessica A. McElroy</u>
Cheryl S. Chang (admitted *pro hac vice*)
chang@blankrome.com
Nicole Bartz Metral (admitted *pro hac vice*)
nbmetral@blankrome.com
Jessica A. McElroy (admitted *pro hac vice*)
jmcelroy@blankrome.com

BLANK ROME LLP

3

2029 Century Park East, 6th Floor
Los Angeles, California 90067-2907
Telephone: 424.239.3400
Facsimile:  424.239.3434

Harris F. Powers III
hpowers@upshawwilliams.com
Steven C. Cookston
scookston@upshawwilliams.com

Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, MS 38935-8230
Telephone: 662.455.1613
Facsimile: 662.453.9245

*Counsel for Plaintiff*

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **BLANK ROME LLP**, 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On **January 15, 2021**, I served the foregoing document(s): **PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S MOTION TO STRIKE EEON'S PLEADINGS**, on the interested parties in this action addressed and sent as follows:

## **SEE ATTACHED SERVICE LIST**

- ☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

- ☒ **BY CERTIFIED MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

- ☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION (EMAIL):** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) listed above to be transmitted to the person(s) at the e-mail address(es) as indicated. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

- ☒ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

- ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

     Executed on **January 25, 2021**, at Los Angeles, California.

_____
Hannah No

5

136044.01923/125084428v.3

# SERVICE LIST

*Pennymac Loan Services, LLC v. Sitcomm Arbitration Association, et al.*;
Case No. 2:19-cv-00193-KS-MTP

## BY CERTIFIED MAIL:

Ronnie Kahapea	Defendant
P.O. Box 875
Volcano, HI 96785

## BY FEDEX:

Mark Johnson	Defendant
451 May Lane
Louisa, VA 23093

Kirk Gibbs	Defendant
4115 Lawrenceville Rd.
PMB 8119
Lilburn, GA 30047

Sandra Goulette	Defendant
3007 Crescent Hill Drive
Laurel, MS 39440

Mark Moffett	Defendant
345 Coon Jeffcoat Road
Soso, MS 39480

Rance Magee	Defendant
11294 Rose Road
Emmett, MI 48022

Innovated Holdings, Inc. dba	Defendant
Sitcomm Arbitration Assocation
C/O Registered Agents, Inc.
30 N. Gould Street, Suite R
Sheridan, WY 82801

Brett "Eeon" Jones	Defendant
304 South Jones Boulevard
Unit Eeon-1967
Las Vegas, NV 89107

136044.01923/125084428v.3