# EXHIBIT 5



## ALL PURPOSE PROOF OF SERVICE

I, SITCOMM ARBITRATION ASSOCIATION, being at or above the age of 18, of the majority and not a party to the action, a citizen of the United States of America, did mail the document entitled: NOTICE OF ARBITRATION HEARING
by placing it in an envelope addressed to: Name and address:

Page | 2

RONNIE KAHAPEA
11-2808 KALEPONI DRIVE
P.O. BOX 875
VOCLANO, HAWAII 96785

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 30597
LOS ANGELES, CALIFORNIA 90030

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local dropbox guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day May 18, 2019.

THE SITCOMM ARBITRATION ASSOCIATION

**SITCOMM ARBITRATION ASSOCIATION**
1001 South White Oak Road
White Oak, Texas 75693
+ 1 (877) 631-1722

Website: saalimited.com                                    Email: support@saalimited.com

Page | 1

**IN THE MATTER OF THE ARBITRATION**

**BETWEEN THE FOLLOWING PARTIES:**

RONNIE KAHAPEA, ET AL.,

|  |  |  |
|---|---|---|
|  |  | Contract No.: SEQ3OP-53719IUXZA95-PMKL1© |
|  | CLAIMANT(S) | 9 U.S. CODE § 1, 2, 9; THE COMMON LAW |
| vs. |  | **ARBITRATION HEARING NOTIFICATION** |

PENNYMAC LOAN SERVICING, LLC, ET AL.,

    RESPONDENT(S).

**NOTICE OF ARBITRATION HEARING**

**TO THE ABOVE-NAMED PARTIES OF RECORD:** You are hereby notified that the above-entitled matter has been set for hearing as follows:

**DATE:**     **June 10, 2019**

**TIME:**     **12:00 P.M.**

**IMPORTANT NOTICE:** In the event that the Party(s) do not answer this Notice or request an extension within the time indicted, the Arbitrator may proceed to enter an Arbitration Award based upon the supporting evidence presented and other related documentation.

    Enclosed with this Notice is electronic media for the Respondent(s), that contain the supporting documentation of the above-entitled matter for your review. YOU HAVE TEN (10) DAYS from receipt of this Notice to forward a Response to the Arbitrator. If a Response is not received, the Arbitrator will presume your acceptance and may proceed to review the supporting documentation electronically and issue a binding decision, please note that any and all responses must be served upon the parties, and you must maintain a record of proof of service.

DATE: May 22, 2019                                              /s/ SANDRA GOULETTE

**UNITED STATES POSTAL SERVICE®** **Click-N-Ship®**

usps.com 9405 5036 9930 0013 3095 19 0073 5000 0079 0030
$7.35
US POSTAGE
Flat Rate Env

P

05/22/2019    Mailed from 39440    062S0000000311

## PRIORITY MAIL 2-DAY™

Expected Delivery Date: 05/24/19

SAA LIMITED
SAA LIMITED
1001 S WHITE OAK RD
VOID
WHITE OAK TX 75693-2001

**0006**

Carrier -- Leave if No Response

**B900**

SHIP
TO:
PENNYMAC LOAN SERVICES
PO BOX 30597
LOS ANGELES CA 90030-0597

**USPS TRACKING #**

9405 5036 9930 0013 3095 19

Electronic Rate Approved #038555749