# EXHIBIT 22

**2020**             **Profit Corporation Annual Report**

| | | |
|---|---|---|
| Due on or Before: | June 1, 2020 | **For Office Use Only** |
| ID: | 2015-000688122 | Wyoming Secretary of State |
| State of Formation: | Wyoming | Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020 |
| License Tax Paid: | $50.00 | 307-777-7311 |
| AR Number: | 05773742 | https://wyobiz.wyo.gov/Business/AnnualReport.aspx |

**Innovated Holdings, Inc.**

1: Mailing Address

   304 S Jones Blvd, Ste 1967
   Las Vegas, NV 89107

_Current Registered Agent:_
Wyoming Registered Agent
1621 Central Ave
Cheyenne, WY 82001

2: Principal Office Address

   1621 Central Avenue
   #440223
   Cheyenne, WY 82001

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

   Email: admin@saalimited.com

3: Officers and Directors

| | |
|---|---|
| President | Sandra Goulette - 304 S Jones Blvd. Ste 1967 Las Vegas, NV 89107 |
| Secretary | Rance Magee - 304 S Jones Blvd. Ste 1967 Las Vegas, NV 89107 |
| Director | Brett Eeon Jones - 304 S Jones Blvd. Ste 1967 Las Vegas, NV 89107 |
| Director | Sandra Goulette - 304 S Jones Blvd. Ste 1967 Las Vegas, NV 89107 |

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Sandra Goulette | Sandra Goulette | May 15, 2020 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.