

"We Do not wish to Recontract"

CA: 2:19 cv 0193

Sitcomm, A friend of the Court, et..AL..,

v.

PennyMac, et..AL..,

"A Verified Affidavit, Please Note, We Do Not Consent, the Attempt to Recontract is Disaffirmed. We do not wish to Recontract unless each of us explicitly Consents via Notorized Individualized Agreement, Limited And Restricted As Stated"

I. Just Received your offer:

1.   On or About **1/16/21** we Received An offer from the Court essentially to:

   a. Accept A so-called "Bench Trial",
   b. To Not have A 7th Amendment Common Law trial By Jury under the Rules of Common Law As Guaranteed by the "Bill of Rights".
   c. To Not have our Counter-claim, Challenge to the Courts Jurisdiction, And Default Notice & Request for entry of Judgment Honored.
   d. To Not have our "Act of 1871" Civil Rights "Government [officers, Agents, others] Conspiracy charge/claims (Civil/Criminal), Acknowledged.
   e. To have only A Constitutional Judge And not A magistrate Associated with our interest.

2. Unless and until such a time as "Sheol" freezes over, thawls, freezes over, thawls, freezes over ... 868 Quad-Zillion times that we are obligated to accept such changes in term's of our "Bill of Right's", Due Process Guarantee's, we Do not Consent, shall Never Consent, and must Respectfully pass on your offer, we - opt out!

3. We Do not wish to Recontract, Item 1 of this Presentment Documents your attempt to create new Term's and Condition's, we ask that you Cease & Desist as the Prior Agreement that is now a matter of Record via Universal Affidavit, supported by the Binding, enforceable, Valid and Irrevocable Arbitration-Commerce Agreement's shall Remain in Force.

## II. Schedule of the future

1. We thank you for a schedule of possibility of Dates for Trial by Competent Jury, under the Rules of Common Law. However, such came after our pre-emptitory Challenge to the Judicial "Re-Assignment". We Did Not believe such was made according to the Rules of Due Process under the Bill of Rights, and need these Structural issue's Addressed, As Soon As Possible, thank you, via Evidentiary Hearing.

## III. Please Cease and Desist Violation's.

1. We Do ask that the Court Stop ignoring our "Bill of Rights", Due Process Secured and Guaranteed Rights, As "People of the United States", and not `Inservitude Citizen's of the United States, we Do not waive such neither by Act, Deed, Conduct or implied Consent as ~~Un~~Alienable/Inalienable we will never waive.

2. The Challenge to the Jurisdiction was/is/remains proper, timely, and is a matter of Right. Please Prove such not by words or case cite as neither is Acceptable by Law.

"Judicial Knowledge" holds that Facts & Conclusion of Law is A Proper Response, And since words, statements or case cites are not Law (the Constitution is the Supreme Law) [STATUTES], we will need every Act of the Court Supported by Law.

3. PennyMac, has Responded to Notice of unlawful Caption, And has now Supplied a Legally Acceptable Caption, which requires striking each prior petition that Did not comply with accepted standards.

4. Since No State may license the Practice of Law, Mr. Powers has Committed Perjury by Claiming to be licensed 'In every State of the Union', to practice Law, "the Practice of Law is not a matter of State Grace." Evidentiary Hearing is/has been Properly Requested, the Court failed to Document the Date, could you Advise of Date so that we can make proper Arrangements? As the "License to Practice Law" is illegal & Troubling.

The Aforementioned is based solely on the Facts, Merits, truth And the Bill of Rights to the United States Constitution, or Justice Establishment of the United States. Is witnessed by each of the Aforementioned and the undersigned, Jehovah And his beloved Son Jesus the true Christ. Is Done under Penalties of Perjury And Divine Retribution, if not as Accurately Stated & Presented, on this Jan. 12, 2021 So help us (P) God."

s/: [signature]
s/: Brett 'Eeon' Jones
s/: "Eeon"
s/: Rance McGee
s/: Alaric Scott          s/: Ronnie Kahapea
s/: Kirk Gibbs
s/: Mark Johnson
s/: Mark Moffett
s/: Sandy Goulette
s/: Sitcomm Arbitration Association