Judicial Difference: Re-filings

CA. 2:19 cv 000193

Sitcomm, et..Al..,

v.

PennyMac, et al

An Affidavit By Counter Plaintiffs, en Banc

"The Original Judiciary Act, Article III, Annotated, At Section 23 holds 'that no "Affidavit," shall [ever] be dismissed due to want of form'". See: Sept. 24, 1789 Act.

This Court has Struck and or dismissed and or blocked the Right of the Counter-Plaintiff's to properly Document the Record.

The Court Notes in Document 56, filed 06/08/20 that Documents [50], [54-1 thru 54-2], and [55] that each contained a proper Electronic Signature of more than 5 [A]uthorized parties, yet Blocked filing.

The Rules Require only a Signature (original) be on a filed Document, However, once the Clerk scan's into an electronic medium, they are each construed as originals, And yes, the Contract between the parties Authorizes the filing of Documents, in 'good faith', by Sitcomm, 'Assigned party.

A look at the filings of [P]ennyMac, has several electronic Signatures, Done in comport with the Aforementioned Principle. We elect to Amend each filing, Presented prior Aug. 1, 2020 by Anyone of the Counter-Plaintiff's, whether or not Accepted by the Court, Changing Caption to Reflect the Current Caption, Parties, Counter-Dismissal Requests, into the Present Matter as of Jan. 31st, 2021 By Reference.

Please note this is proper, that no Rule or Law exist so as to prevent such, And we amend proof of service with Respects thereto.

The Claim "these filings Are not properly Authorized filings…" was in Error.

The Aforementioned is wholly Accurate and Attested as Witnessed by Jehovah the only true God As such under penalty on this Jan 31st, 2021 So help us God.

s/: Eeon  
s/: [signature]  
s/: Brett "Eeon" Jones  
s/: Sandy Goulette  
s/: Marck Moffett  
s/: Mark Johnson  
s/: Alaric Scott  
s/: Kirk Gibbs  
s/: Rance Mcgee  

s/: Sitcomm Arbitration Association  
s/: Ronnie Kahapea