# Challenge to Tradition

CA. 2:19 cv 00193

Sitcomm, et al

v.

PennyMac, et al

An Affidavit by Counter Plaintiffs, en Banc

"the only proper Representative of a corporation or a partnership is a licensed Attorney..."

It appears that Since Hobby Lobby, Citizen's United and Martin Linen Supply Co.; Hale v. Henkel; Smyth v. Ames; County of Santa Clara v. Southern Pacific RR; Louisville, et. al., v. Leston; Marshall v. Baltimore & Ohio R&R; Bank of the US v. Deveaux; and 118 US 394, Corporation's have Constitutional Rights the same as a natural born citizen as each of the Counter Plaintiff's are.

Please take Judicial Notice, that the Right to PRACTICE LAW, IS A NATURAL Right. That no State may license the Practice of Law. That every Person whether natural or fictional have the Right to Practice Law, as the Practice of Law is not a matter of State Grace. See: Simms v. Ahrens; Schware v. Board, et. al. where the United States Supreme Court Concluded the Abse-

ementioned.

A Corporation is a 'Group of people', who Do Not Loose the 'Right to Counsel of Choice', simply because they form a body Corporate. The Right to counsel if Corporation's do have Due Process, Bill of Rights is Not for the Courts or the Legislature to Control, as such a Right is Secured by the "Congress shall make no Law" Clause.

The Statement "Brett Jones is not Licensed to Practice Law," is Correct, However, there is no such thing as a License to Practice Law! Since this District and Honorable Court Stated "A fictional legal person can only be Represented by Licensed Counsel," This is not a Law, is not Mandated by the Supreme Law of the Land, and we therefore object to the denying of the Right to Counsel of Choice. We Demand an Evidentiary hearing to Prove our Contention!

The Aforementioned is wholly Accurate, Done under Penalty, witnessed by Jehovah and "So Say we All," as such on this Jan. 31st, 2021.

s/: ~~Brett~~
s/: Brett "Leon" Jones
s/: Sandra Goulette
s/: Mable Johnson
s/: Mark Moffett
s/: Alaicci Scott
s/: Ronnie Kaha~~pea~~
s/: Kirk Gibbs
s/: Rance McGee

Proof of Injury Demanded:
CA. 2:19 cv 000193

Sitcomm, et AL
v.
PennyMac, et AL

An Affidavit by Counter Plaintiff's, en Banc.

We say "Quod per Recordum probatum, non debet esse negatum" - What is Proved by the Record ought not be denied.
   and
"Cum adsunt testimonia rerum quid opus est verbis" - When proofs of fact are present, what need is there of words.

[P]ennyMac, has introduced a Record Admitting it had a Mortgage with Both Kahapea & Johnson, which evidenced a debt. Both Johnson & Kahapea has Demanded Proof of Debt, complete with a Comprehensive Accounting, Verified, we Demand Such be made to Appear on the Present Record Immediately. Also Proof of Chain of title Custody, Along with whom Securitization Trustee is, the Bundling and the payments to Kahapea & Johnson for their portion of the investment. No need to explain what our Rights are [Kahapea, Johnson], concerning the tending of our interest

And our Rights to be Compensated for such-trade.

Johnson & Kahapea do hereby via Notice of Assignment of Equitable Interest, Demand A full Accounting through "Eeon," for a Complete and total balance, verified under penalty of Perjury. Along with a copy (Certified) of original Note as exist this Day respecting the Aforementioned Kahapea, Ronnie, et..Al.., & Mack Johnson, et..Al.., Complete with Any and All endorsements. You [PennyMac] shall Also provide a copy of All Assignments and Notifications Associated thereto.

[P]ennyMae, has Claimed Damage, we Demand proof of Damage caused by:

1. Ronnie Kahapea, specifically?
2. SAA, specifically
3. Brett Jones, specifically
4. Sandy Goulette?
5. Mark Johnson?
6. Kirk Gibbs?
7. "Eeon"?
8. Alaric Scott?
9. Rance McGee?
10. Mark Moffett?

if Conspiracy, Document how Conspiracy caused Damage

to property and or person? How conspiracy was formed, operated, was was aim and or goal regarding PennyMae Solely?

Proof of the exact currency [P]ennyMae is entitled to receive reimbursement for the Alleged Debt's?

Proof of License to conduct business in Virginia, and or Hawaii?

[P]ennyMay Shall have 15 calendar day's to provide the Aforementon, no extention's or forebearence's shall be granted unless and except as Provided by Positive Law. This Shall be construed as an "Qualified Written Request," And note that such is Deemed pertinent to the Counter-Defendent's Proving Injury, And the Counter-Plaintiff's Proving No such claim has been made as to personal and or property Damage.

The Aforementioned is wholly Accurate, witnessed by Jehovah the only true God, on this 31st of Jan. 2021 as such under Penalty of Divine Retribution on the Words of the Above/under mentioned."

s/: [signature]           s/: Kirk Gibbs              s/: Rance McGee
s/: Brett "Econ" Jones    s/: Sandy Goodlette         s/: Ronnie Kahapea
s/: Alarie Scott          s/: Sitcomm Arbitration Association
s/: Mark Moffett          s/: Mark Johnson