

**STATE PRISON**

District Court 2:19 CV 00193
701 Main Street
Hatt. MS. 39401

Brett JONES BJ5840 Not A Return Address
CIM B-YARD SYCAMORE 122 L
Box 3100, Chino CA. 91710
Legal

1/31/21