# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**                                           **PLAINTIFF**

**vs.**                                  **CIVIL ACTION NO. 2:19-cv-00193-TBM-MTP**

**INNOVATIVE HOLDINGS, INC.**
**d/b/a SITCOMM ARBITRATION**
**ASSOCIATION, et al**                                                       **DEFENDANTS**

**PLAZA HOME MORTGAGE, INC.**                                           **INTERVENOR**

## MOTION TO INTERVENE BY PLAZA HOME MORTGAGE, INC.

Plaza Home Mortgage, Inc. ("Plaza") respectfully submits this Motion to Intervene pursuant to Federal Rule of Civil Procedure 24. Plaza submits the following Exhibits in support of its Motion to Intervene:

a) **Exhibit A**: Proposed Complaint in Intervention in accordance with Fed. R. Civ. P. 24(c); and
b) **Exhibit B**: Memorandum in Support of Motion to Dismiss in separate action.

In addition, Plaza relies on the arguments and authorities set forth in its accompanying Memorandum of Law. Plaza additionally requests such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: February 8, 2021.

                                                    **PLAZA HOME MORTGAGE, INC**.

                                                    By: /*s/ R. Lane Bobo*
                                                    One of its Attorneys

**OF COUNSEL:**

Sheldon G. Alston, MSB #9784
R. Lane Bobo, MSB #105263
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Box 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
salston@brunini.com
lbobo@brunini.com

## **CERTIFICATE OF SERVICE**

      I, R. Lane Bobo, hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record. In addition, I hereby certify that I have this day served the below referenced individuals with a copy of the foregoing pleading via certified mail/Fedex.

    Ronnie Kahapea
    P.O. Box 875
    Volcano, HI 96785

    Mark Johnson
    451 May Lane
    Louisa, VA 23093

    Kirk Gibbs
    4115 Lawrenceville Rd.
    PMB 8119
    Lilburn, GA 30047

    Sandra Goulette
    3007 Crescent Hill Drive
    Laurel, MS 39440

    Mark Moffett
    345 Coon Jeffcoat Road
    Soso, MS 39480

    Rance Magee
    11294 Rose Road
    Emmett, MI 48022

Innovated Holdings, Inc. dba Sitcomm Arbitration Association C/O Registered Agents, Inc. 30 N. Gould Street, Suite R Sheridan, WY 82801

Brett "Eeon" Jones
304 S. Jones Blvd.
Las Vegas, NV 89107

Dated: February 8, 2021.

                                                        */s/ R. Lane Bobo*
                                                        R. LANE BOBO