IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**                                                              **PLAINTIFF**

V.                                              CIVIL ACTION NO. 2:19-CV-193-TBM-MPT

**INNOVATED HOLDINGS, INC.**
*doing business as* **SITCOMM**
**ARBITRATION ASSOCIATION, ET AL**                                                **DEFENDANTS**

## ORDER OF RECUSAL

**THIS MATTER COMES BEFORE THE COURT** sua sponte, pursuant to 28 U.S.C. § 455. The undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participating in the above-captioned cause.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the undersigned hereby recuses himself from further participation in this case. The Clerk of Court is hereby directed to reassign this case to another judge in accordance with this Court's practice and procedure.

**SO ORDERED AND ADJUDGED** this the 9th day of February, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE