# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## Eastern Division

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, | CIVIL ACTION<br>Case No: 2:19-cv-00193-HSO-MTP |
| Plaintiff, | |
| -vs- | |
| INNOVATED HOLDINGS, INC. dba SITCOMM ARBITRATION ASSOCIATION; MARK MOFFETT; SANDRA GOULETTE; RONNIE KAHAPEA; MARK JOHNSON, KIRK GIBBS; BRETT "EEON" JONES aka EEON aka BRETT JONES aka BRETT TORIANO JONES-THEOPHILIOUS aka BRETT RANDOFF TORIANO KEEFFE HENRY KANA-SHAPHEL HITHRAPPES JONES-THEOPHILUS fka KEEFE BRANCH; and RANCE MAGEE, | |
| Defendants. | |

**PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S NOTICE OF DEFENDANTS' FAILURE TO PAY COSTS PURSUANT TO COURT'S ORDER (DOCKET 171)**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

On February 11, 2021, the Court issued an Order regarding Plaintiff PennyMac Loan Services, LLC's ("PennyMac") Motion to Strike (Docket 104) Motions to Compel (Dockets 110, 113, 116, 119, 120, 125, 128, 131, 134, 142, and 147) and Motion for Extension (142) ("February 11 Order"). (Docket 171).

1

On February 13, 2021, counsel for PennyMac emailed a copy of the Court's February 11 Order to the defendants PennyMac has email addresses for – defendant Sandra Goulette ("Goulette"), defendant Ronnie Kahapea ("Kahapea"), and defendant Kirk Gibbs ("Gibbs").

On March 4, 2021, PennyMac filed a notice with the Court regarding defendant Mark Johnson ("Johnson"), defendant Mark Moffett ("Moffett"), Kahapea, and Gibbs' failure to provide PennyMac with three dates they were available for deposition and Johnson, Moffett, Kahapea, Gibbs, and Goulette's failure to: (a) serve initial disclosures; (b) respond fully to PennyMac's interrogatories without objections; and (c) produce the requested documents as required by the Court's February 11 Order. (Docket 182).

In the February 11 Order, the Court also ordered the following:

1. On or before March 11, 2021, Kahapea shall pay PennyMac through its counsel the sum of $1,035 for the court reporter and videographer when he failed to appear for his deposition;

2. On or before March 11, 2021, Johnson shall pay PennyMac through its counsel the sum of $1,035 for the court reporter and videographer when he failed to appear for his deposition;

3. On or before March 11, 2021, Moffett shall pay PennyMac through its counsel the sum of $1,042.80 for the court reporter and videographer when he failed to appear for his deposition; and

4. On or before March 11, 2021, Gibbs shall pay PennyMac through its counsel the sum of $1,237.50 for the court reporter and videographer when he failed to appear for his deposition.

As of the date of this filing Kahapea, Johnson, Moffett, and Gibbs have failed to pay any sum of money to PennyMac through its counsel.

Dated: March 17, 2021

Respectfully submitted,

*/s/ Nicole Bartz Metral*
Cheryl S. Chang (admitted *pro hac vice*)
chang@blankrome.com
Nicole Bartz Metral (admitted *pro hac vice*)
nbmetral@blankrome.com
Jessica A. McElroy (admitted *pro hac vice*)
jmcelroy@blankrome.com

BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067-2907
Telephone: 424.239.3400
Facsimile: 424.239.3434

Harris F. Powers III
hpowers@upshawwilliams.com
Steven C. Cookston
scookston@upshawwilliams.com

Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, MS 38935-8230
Telephone: 662.455.1613
Facsimile: 662.453.9245

*Counsel for Plaintiff*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **BLANK ROME LLP**, 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On **March 17, 2021**, I served the foregoing document(s): **PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S NOTICE OF DEFENDANTS' FAILURE TO PAY COSTS PURSUANT TO COURT'S ORDER (DOCKET 171),** on the interested parties in this action addressed and sent as follows:

### SEE ATTACHED SERVICE LIST

- ☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

- ☒ **BY CERTIFIED MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

- ☒ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

- ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **March 17, 2021**, at Los Angeles, California.

_Charman S. Bee_
Charman S. Bee

# SERVICE LIST

*Pennymac Loan Services, LLC v. Sitcomm Arbitration Association, et al.*;
Case No. 2:19-cv-00193-KS-MTP

## BY CERTIFIED MAIL:

| | |
|---|---|
| Ronnie Kahapea<br>P.O. Box 875<br>Volcano, HI 96785 | Defendant |

## BY FEDEX:

| | |
|---|---|
| Mark Johnson<br>451 May Lane<br>Louisa, VA 23093 | Defendant |
| Kirk Gibbs<br>4115 Lawrenceville Rd.<br>PMB 8119<br>Lilburn, GA 30047 | Defendant |
| Sandra Goulette<br>3007 Crescent Hill Drive<br>Laurel, MS 39440 | Defendant |
| Mark Moffett<br>345 Coon Jeffcoat Road<br>Soso, MS 39480 | Defendant |
| Rance Magee<br>11294 Rose Road<br>Emmett, MI 48022 | Defendant |
| Innovated Holdings, Inc. dba<br>Sitcomm Arbitration Association<br>C/O Registered Agents, Inc.<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801 | Defendant |
| Brett "Eeon" Jones<br>304 South Jones Boulevard<br>Unit Eeon-1967<br>Las Vegas, NV 89107 | Defendant |

136044.01923/125396794v.1