# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**PENNYMAC LOAN SERVICES, LLC**                                    **PLAINTIFF**

**VS**                                         **CIVIL ACTION NO.: 2:19-cv-00193-HSO-MTP**

**INNOVATED HOLDINGS, INC. dba SITCOMM
ARBITRATION ASSOCIATION; MARK MOFFETT;
SANDRA GOULETTE; RONNIE KAHAPEA; MARK
JOHNSON, KIRK GIBBS, BRETT "EEON" JONES aka
EEON aka BRETT JONES aka BRETT TORIANO
JONESTHEOPHILIOUS aka BRETT RANDOFF TORIANO
KEEFFE HENRY KANA-SHAPHEL HITHRAPPES JONES-
THEOPHILUS fka KEEFE BRANCH; and RANCE MAGEE**           **DEFENDANTS**

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT
## RE: SANDRA GOULETTE AND SUPPORTING AFFIDAVIT

The Plaintiff, PennyMac Loan Services, LLC, respectfully requests the Clerk to enter default against the Defendant, Sandra Goulette, in the above-captioned action for failure to answer or otherwise defend against the First Amended Complaint in this case, as set forth in the Affidavit attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this the 22nd day of June, 2021.

                                UPSHAW, WILLIAMS, BIGGERS,
                                & BECKHAM, LLP

                          By:   */s/ Harris F. Powers III*
                                HARRIS F. POWERS III, MBN: 100331
                                STEVEN C. COOKSTON, MBN: 99137
                                Counsel for PennyMac Loan Services, LLC

OF COUNSEL:

UPSHAW, WILLIAMS, BIGGERS,
 & BECKHAM, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, Mississippi 38935-8230
Telephone: 662-455-1613

CHERYL S. CHANG - PHV
BLANK ROME, LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Email: chang@blankrome.com

JESSICA A. MCELROY - PHV
BLANK ROME, LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Email: jmcelroy@blankrome.com

NICOLE B. METRAL - PHV
BLANK ROME, LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Email: nbmetral@blankrome.com

## CERTIFICATE OF SERVICE

The undersigned Harris F. Powers III, counsel for Penny Mac Loan Services, LLC verifies that on this day he caused to be served a copy of this pleading by mailing same via U.S. Mail, postage prepaid, pursuant to F.R.C.P. 5, unto the following:

Ronnie Louis Marvel Kahapea
P.O. Box 875
Volcano, HI 96785

Sandra Goulette
3007 Crescent Hill Drive
Laurel, MS 39440

Mark Johnson
451 May Lane
Louisa, VA 23093

Kirk Gibbs
4155 Lawrenceville Hwy, PMB 8119
Lilburn, GA 30047

This the 22nd day of June, 2021.

/s/ Harris F. Powers III
HARRIS F. POWERS III