IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PENNYMAC LOAN SERVICES, LLC                                                    PLAINTIFF

v.                                                          CASE NUMBER 2:19-cv-00193 HSO-MTP

INNOVATED HOLDINGS, INC., d/b/a SITCOMM
ARITRATION ASSOCIATION, MARK MOFFETT,
SANDRA GOULETTE, RONNIE KAHAPEA, MARK JOHNSON,
KIRK GIBBS, BRETT "EEON" JONES; AND RANCE MAGEE             DEFENDANTS

## CLERK'S ENTRY OF DEFAULT

PURSUANT TO Rule 55 (a) of the Federal Rules of Civil Procedure, I hereby certify that defendants Sandra Goulette, Ronnie Kahapea, Kirk Gibbs, and Mark Johnson are in default for their failure to plead or otherwise defend against the First Amended Complaint [83] filed in this action.

SO ENTERED this the 23rd day of June, 2021.

**ARTHUR JOHNSTON, CLERK**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



By: _____,Clerk