IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **PENNYMAC LOAN SERVICES, LLC** § | | **PLAINTIFF** |
| § | | |
| § | | |
| v. § | **Civil No. 2:19cv193-HSO-MTP** | |
| § | | |
| § | | |
| **INNOVATED HOLDINGS, INC.,** § | | |
| *doing business as* Sitcomm § | | |
| **Arbitration Association, et al.** § | | **DEFENDANTS** |

## ORDER SETTING TRIAL DATE

This matter is before the Court sua sponte to set a firm trial date for this case, which is scheduled during the August 2021 trial calendar. The Court will set this matter for a non-jury trial beginning on Monday, August 2, 2021, at 9:00 a.m.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is set for a non-jury trial on **Monday, August 2, 2021, at 9:00 a.m.**, at the United States Courthouse, Courtroom 806, 2012 15th Street, Gulfport, Mississippi, United States District Judge Halil S. Ozerden, presiding.

**SO ORDERED AND ADJUDGED**, this the 25th day of June, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE