## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### Eastern Division

PENNYMAC LOAN SERVICES, LLC,

                            Plaintiff,

        -vs-

INNOVATED HOLDINGS, INC. dba
SITCOMM ARBITRATION ASSOCIATION;
MARK MOFFETT; SANDRA GOULETTE;
RONNIE KAHAPEA; MARK JOHNSON, KIRK
GIBBS; BRETT "EEON" JONES aka EEON aka
BRETT JONES aka BRETT TORIANO
JONESTHEOPHILIOUS aka BRETT
RANDOFF TORIANO KEEFFE HENRY KANA-
SHAPHEL HITHRAPPES JONES-THEOPHILUS
fka KEEFE BRANCH; and RANCE MAGEE,
                          Defendants.

CIVIL ACTION
**Case No: 2:19-cv-00193-TBM- MTP**

**PLAINTIFF PENNYMAC LOAN
SERVICES, LLC'S SECOND
MOTION FOR DEFAULT
JUDGMENT ON ITS THIRD,
FOURTH, FIFTH, SIXTH, AND
SEVENTH CAUSES OF ACTION**

### PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S SECOND MOTION FOR DEFAULT JUDGMENT ON ITS THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CAUSES OF ACTION

136044.01923/126316026v.2

COMES NOW plaintiff, PennyMac Loan Services, LLC ("PennyMac") to file its second motion[1] for default judgment (the "Motion") against defendants Innovated Holdings, Inc. dba Sitcomm Arbitration Association ("Sitcomm"), Mark Moffett ("Moffett"), Sandra Goulette ("Goulette"), Kirk Gibbs ("Gibbs"), Bret "Eeon" Jones aka EEON aka Brett Jones aka Brett Toriano Jonestheophilious aka Brett Randoff Toriano Keeffe Henry Kana-Shaphel Hithrappes Jones-Theophilus fka Keefe Branch ("EeoN"), and Rance Magee ("Magee") (collectively, "Defendants") pursuant to Fed. R. Civ. P. 55 showing:

1.       The Clerk entered a default against Moffett on January 31, 2020, Dkt No. 23, and defaults against Sitcomm, EeoN, and Magee on October 9, 2020, Dkt No. 92.  As to Goulette and Gibbs, the Court entered defaults against them on June 23, 2021.  (Dkt No. 227.)

2.       Accordingly, for the reasons stated in PennyMac's Memorandum of Law filed in support of this Motion, default judgment should be granted in favor of PennyMac.

3.       PennyMac relies on the below additional documents appended hereto.[2]

| Exhibit 1 – Note, dated April 1, 2016 for Kahapea loan | Exhibit 15 - Interrogatories, Requests for Production, and Requests for Admission to Johnson and Proof of Service |
|---|---|
| Exhibit 2 – Deed of Trust, dated April 1, 2016 for Kahapea loan | Exhibit 16 - Interrogatories, Requests for Production, and Requests for Admission to Goulette and Proof of Service |
| Exhibit 3 – "Conditional Acceptance" sent by Kahapea to PennyMac | Exhibit 17 - Interrogatories, Requests for Production, and Requests for Admission to Moffett and Proof of Service |
| Exhibit 4 – "Legal Notification" sent by Kahapea to PennyMac | Exhibit 18 - Interrogatories, Requests for Production, and Requests for Admission to Gibbs and Proof of Service |

---

[1]   PennyMac files the Motion in accordance with the Court's July 2, 2021 text order granting PennyMac leave to file a second motion for default judgment.  Text Order, July 2, 2021.

[2]    The exhibits referenced below are authenticated by the Declaration of Nicole Metral and Declaration of Johnny Morton.  The Morton Declaration was previously filed in support of PennyMac's first motion for default judgment and authenticates the same exhibits as annexed to this Motion.

| | |
|---|---|
| **Exhibit 5 –** Notice of Arbitration Hearing relating to Kahapea Arbitration | **Exhibit 19 –** Excerpts from Deposition of Sandra Goulette, taken on December 8, 2020 and January 20, 2021 |
| **Exhibit 6** – the Kahapea Arbitration Award | **Exhibit 20 –** excerpts from sworn testimony given by Moffett in the hearing to affirm and vacate arbitration award in Brown v. Ally Financial Incorporated, 2:18cv70 (S.D. Miss.) |
| **Exhibit 7 –** payoff statement for Kahapea loan | **Exhibit 21** - copy of State of Wyoming Secretary of State website relating to Sitcomm |
| **Exhibit 8** – Note, dated June 12, 2015 for Johnson loan | **Exhibit 22 -** a copy of Sitcomm's 2020 Profit Corporation Annual Report filed with the Wyoming Secretary of State on May 13, 2021 |
| **Exhibit 9** – Deed of Trust, dated June 12, 2015 for Johnson loan | **Exhibit 23** – a copy of Sitcomm's website https://saalimited.com/index.html (last accessed July 7, 2021) |
| **Exhibit 10** – "Conditional Acceptance" sent by Johnson to PennyMac | **Exhibit 24** - Sample Forms retrieved from Sitcomm's website in July 2020 |
| **Exhibit 11** – Notice of Arbitration Hearing relating to Johnson Arbitration; | **Exhibit 25** – Memorandum Opinion and Order, dated January 5, 2021 in Kahapea v. PennyMac Loan Services LLC et al., Case No. 2:20-cv-151 (S.D. Miss.) |
| **Exhibit 12** – the Johnson Arbitration Award | **Exhibit 26** – Memorandum Opinion and Order of Dismissal, dated May 29, 2020 in Kahapea v. PennyMac Loan Services LLC et al., Case No. 1:19-mc-00028 (D.N.M.) |
| **Exhibit 13** – payoff statement for Johnson loan | **Exhibit 27** – Memorandum Opinion and Order Awarding Attorneys' Fees and Costs, dated May 15, 2020 in Kahapea v. PennyMac Loan Services LLC et al., Case No. 1:19-mc-00028 (D.N.M.) |
| **Exhibit 14** - Interrogatories, Requests for Production, and Requests for Admission to Kahapea and Proof of Service | **Exhibit 28** – Memorandum Opinion, dated September 8, 2020 and Minute Sheet, dated August 31, 2020 in Johnson v. PennyMac Loan Services LLC, 3:19cv837 (E.D. Va.) |

4.      PennyMac submits that its Motion is well-taken and requests that the Court issue judgment: (1) on the Third Cause of Action in the amount of $139,928.71 in compensatory damages representing PennyMac's attorneys' fees in related actions (the "Attorneys' Fees") and $1,000,000 in punitive damages; (2) on the Fourth Cause of Action in the amount of $551,450.99 consisting of $273,258.57 in unpaid principal, late fees, and interest through February 5, 2020, on the Kahapea Loan and $278,192.42 in unpaid principal, late fees, and interest through February

3

19, 2021, on the Johnson Loan[3]; (3) on the Fifth Cause of Action in the amount of $139,928.71 representing the Attorneys' Fees; and (4) on the Sixth and Seventh Causes of Action in the amount $419,786.13, representing a trebling of the Attorneys' Fees.  PennyMac also requests that if the Court grants the Motion, the Court set a schedule for PennyMac to submit a fee application to recover its attorneys' fees and costs expended in this action.

Dated:     July 9, 2021

Respectfully submitted,

_/s/ Nicole Bartz Metral_____
Cheryl S. Chang (admitted _pro hac vice_)
chang@blankrome.com
Nicole Bartz Metral (admitted _pro hac vice_)
nbmetral@blankrome.com
Jessica A. McElroy (admitted _pro hac vice_)
jmcelroy@blankrome.com

BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067-2907
Telephone: 424.239.3400
Facsimile:  424.239.3434

Harris F. Powers III
hpowers@upshawwilliams.com
Steven C. Cookston
scookston@upshawwilliams.com

Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, MS 38935-8230
Telephone: 662.455.1613
Facsimile: 662.453.9245

_Counsel for Plaintiff_

---

[3]   PennyMac reserves the right to update and supplement its damages calculations with additional evidence regarding the amounts owed on the Kahapea and Johnson loans.