# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## Eastern Division

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC,<br><br>Plaintiff,<br><br>-vs-<br><br>INNOVATED HOLDINGS, INC. dba SITCOMM ARBITRATION ASSOCIATION; MARK MOFFETT; SANDRA GOULETTE; RONNIE KAHAPEA; MARK JOHNSON, KIRK GIBBS; BRETT "EEON" JONES aka EEON aka BRETT JONES aka BRETT TORIANO JONES-THEOPHILIOUS aka BRETT RANDOFF TORIANO KEEFFE HENRY KANA-SHAPHEL HITHRAPPES JONES-THEOPHILUS fka KEEFE BRANCH; and RANCE MAGEE,<br><br>Defendants. | CIVIL ACTION<br>Case No: 2:19-cv-00193-HSO-MTP<br><br>PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 16(f) |

**PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 16(f)**

COMES NOW plaintiff, PennyMac Loan Services, LLC ("PennyMac") to file its Motion for Default Judgment pursuant to Fed. R. Civ. P. 16(f) against defendants Brett "Eeon" Jones' ("Eeon"), Sandra Goulette ("Goulette"), Innovated Holdings, Inc. dba Sitcomm Arbitration Association ("Sitcomm"), Rance Magee ("Magee"), Kirk Gibbs ("Gibbs"), Mark Moffett ("Moffett"), Ronnie Kahapea ("Kahapea"), and

1

Mark Johnson ("Johnson") (collectively "Defendants") showing unto the Court the following:

1. On June 22, 2021, the Court issued an order (the "Order") scheduling a pretrial conference for July 20, 2021 at 9 a.m. (Docket No. 222.) The Order stated that "all pro se parties must attend the Pretrial Conference, unless excused by the Court." (*Id.*)

2. On July 20, 2021, the Court held the pretrial conference (the "Conference"). Counsel for PennyMac appeared. Defendants did not appear and were not excused by the Court from personally attending.

3. During the Conference, PennyMac made an oral motion for default judgment pursuant to Fed. R. Civ. P. 16(f). In response to the oral motion, the Court advised that PennyMac should file this Motion seeking the same relief.

4. As discussed in PennyMac's memorandum filed in support thereof, because Defendants failed to appear at the Conference, the Court may grant PennyMac a default judgment against Defendants.

5. Accordingly, PennyMac requests that the Court grant sanctions pursuant to Fed. R. Civ. P. 16(f) for Defendants' failure to appear at the Conference and issue a default judgment against Defendants: (1) on the Third Cause of Action in the amount of $139,928.71[1] in compensatory damages representing PennyMac's attorneys' fees in related actions (the "Attorneys' Fees") and $1,000,000 in punitive damages; (2) on the Fourth Cause of Action in the amount of $551,450.99 consisting of $273,258.57 in unpaid principal, late fees,

---

[1] The amounts sought herein are supported by PennyMac's Second Motion for Default Judgment filed at Docket No. 249.

and interest through February 5, 2020, on the Kahapea Loan and $278,192.42 in unpaid principal, late fees, and interest through February 19, 2021, on the Johnson Loan ; (3) on the Fifth Cause of Action in the amount of $139,928.71 representing the Attorneys' Fees; and (4) on the Sixth and Seventh Causes of Action in the amount $419,786.13, representing a trebling of the Attorneys' Fees. In the alternative, PennyMac requests that the Court grant a default judgment in the amounts determined at the hearing for this Motion.

Dated:   July 20, 2021            Respectfully submitted,

/s/ Harris F. Powers III
Harris F. Powers III
hpowers@upshawwilliams.com
Steven C. Cookston
scookston@upshawwilliams.com
Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, MS 38935-8230
Telephone: 662.455.1613
Facsimile: 662.453.9245

Cheryl S. Chang (admitted *pro hac vice*)
chang@blankrome.com
Nicole Bartz Metral (admitted *pro hac vice*)
nbmetral@blankrome.com
Jessica A. McElroy (admitted *pro hac vice*)
jmcelroy@blankrome.com

BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067-2907
Telephone: 424.239.3400
Facsimile:  424.239.3434
*Counsel for Plaintiff*

4

# **CERTIFICATE OF SERVICE**

    I, Harris F. Powers, III, of counsel to Plaintiff, hereby certify that I have this day mailed via U.S. Mail, with postage prepaid, a true and correct copy of the above and foregoing document unto:

| | |
|---|---|
| Ronnie Kahapea<br>P.O. Box 875<br>Volcano, HI 96785 | Defendant |
| Mark Johnson<br>451 May Lane<br>Louisa, VA 23093 | Defendant |
| Kirk Gibbs<br>4155 Lawrenceville Highway<br>PMB 8119<br>Lilburn, Georgia 30047 | Defendant |
| Sandra Goulette<br>3007 Crescent Hill Drive<br>Laurel, MS 39440 | Defendant |
| Mark Moffett<br>345 Coon Jeffcoat Road<br>Soso, MS 39480 | Defendant |
| Rance Magee<br>11294 Rose Road<br>Emmett, MI 48022 | Defendant |
| Innovated Holdings, Inc. dba<br>Sitcomm Arbitration Association<br>C/O Registered Agents, Inc.<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801 | Defendant |

Brett "Eeon" Jones    Defendant
304 South Jones Boulevard
Ste Eeon-1967
Las Vegas, NV 89107

Brett "Eeon" Jones
Void eeon opt-out 1967
Las Vegas, NV 89107

Brett "Eeon" Jones
305 South Jones Boulevard
Void 1967 eeon opt-out
Las Vegas, NV 89107

SO CERTIFIED, this the 20th day of July, 2021.

/s/ HARRIS F. POWERS III
HARRIS F. POWERS, III

6