IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **PENNYMAC LOAN SERVICES, LLC** § | | **PLAINTIFF** |
| § | | |
| § | | |
| v. § | | Civil No. 2:19cv193-HSO-MTP |
| § | | |
| § | | |
| **INNOVATED HOLDINGS, INC.,** § | | |
| *doing business as* Sitcomm § | | |
| **Arbitration Association, et al.** § | | **DEFENDANTS** |

## DEFAULT JUDGMENT

In accordance with the Order entered herewith and for the reasons stated on the record at today's hearing,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, pursuant to Federal Rules of Civil Procedure 55(b)(2), 16(f), and 37(b)(2)(A)(vi), judgment is rendered in the amount of $1,384,371.24 in favor of Plaintiff PennyMac Loan Services, LLC against Defendants Innovated Holdings, Inc. dba Sitcomm Arbitration Association, Mark Moffett, Sandra Goulette, Kirk Gibbs, Brett "Eeon" Jones, and Rance Magee, jointly and severally, as to Plaintiff's claims in the Amended Complaint for libel/defamation (Third Claim), tortious interference with prospective economic advantage (Fourth Claim), civil conspiracy (Fifth Claim), and violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), specifically 18 U.S.C. § 1962(c) (Sixth Claim), and conspiracy to violate RICO under § 1962(d) (Seventh Claim).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff PennyMac Loan Services, LLC's claims against all Defendants in the Amended Complaint for declaratory judgment (First Claim), preliminary and permanent injunction (Second Claim), and vacation of arbitration awards under 9 U.S.C. § 10 (Eighth Claim) are **DISMISSED** as moot.

**SO ORDERED AND ADJUDGED**, this the 2nd day of August, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE