To The Honorable Clerk of The Federal Court in Hattiesburg, MS.

My name is Mark C. Johnson, I am an American National, a God/Elohim loving man created in His Image, and so I am.

It has come to my attention a "Default Status" has been lodged upon my name via THE Clerk's Office, so I now offer a solution for my stead.

I am submitting my "Private Bond" to resolve all matters of Equity, and I do mean all.

I am instructing the Court to use the Treasury of Virginia and The United States to cure whatever ill - that has risen in my name, as I submit my Private Bond through and via This Honorable Court. Thank you for your attention in this matter and Elohim/God keep us all.

With warm Regard, I am

*[signature]*