My seal, below.

804-317-9901 (Cell).
MARKMADE5@gmail.com
Homestead: 451 May Lane
            Louisa VA [23093]

For Federal Case
  2:19-CV-00193-HSO-MTP,
    for The Clerk Only please.

American National
Constitutional Republic Observer
A Signer of The Declaration of Independence
Free Holder
Slave to Jesus Christ/Yeshua
and His Father God/Elohim.

Mark     John

July 9th
  2021