## Orders on Motions
2:19-cv-00193-HSO-MTP
PennyMac Loan Services, LLC v. SITCOMM Arbitration Association et al

MTP,RICO,TRIAL_SET

# U.S. District Court

## Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 7/2/2021 at 9:14 AM CDT and filed on 7/2/2021
**Case Name:** PennyMac Loan Services, LLC v. SITCOMM Arbitration Association et al
**Case Number:** 2:19-cv-00193-HSO-MTP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ONLY ORDER granting PennyMac Loan Services, LLC's [231] Motion for Leave to File a Renewed Motion for Default Judgment. PennyMac's deadline for filing a new Motion for Default Judgment is July 9, 2021. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by District Judge Halil S. Ozerden on July 2, 2021. (ENW)**

**2:19-cv-00193-HSO-MTP Notice has been electronically mailed to:**

Cheryl S. Chang - PHV     chang@blankrome.com, hno@blankrome.com, jmcelroy@blankrome.com

Harris Frederick Powers , III     hpowers@upshawwilliams.com, khudgens@upshawwilliams.com

Jessica A. McElroy - PHV     jmcelroy@blankrome.com, hno@blankrome.com

Nicole B. Metral - PHV     nbmetral@blankrome.com, arc@blankrome.com

Robert Lane Bobo     lbobo@brunini.com, rharrell@brunini.com

Sheldon Givens Alston     salston@brunini.com, mkcooper@brunini.com, sbarnette@brunini.com

Steven C. Cookston     scookston@upshawwilliams.com, ecarter@upshawwilliams.com

**2:19-cv-00193-HSO-MTP Notice has been delivered by other means to:**

Eeon(Terminated)
304 S Jones Blvd
Las Vegas, NV 89107

Brett Eeon Jones

304 S Jones Blvd Ste Eeon1967
Las Vegas, NV 89107

Kirk Gibbs
4155 Lawrenceville Highway, PMB 8119
Lilburn, GA 30047

Mark Johnson
451 May Ln.
Louisa, VA 23093

Mark Moffett
345 Coon Jeffcoat Road
Soso, MS 39480

Ronnie Kahapea
P.O. Box 875
Volcano, HI 96785

Sandra Goulette
3007 Crescent Hill Drive
Laurel, MS 39440