| | | |
|---|---|---|
| PRIVATE ISSUE | **BILL OF EXCHANGE** | No. 00002 |
| **MARK C. JOHNSON** | | DATE 7-09-2021 |
| 451 MAY LANE | | |
| LOUISA [23093] VIRGINIA | | |
| NON-DOMESTIC/OUTSIDE THE UNITED STATES | | |

PAYABLE TO ORDER OR THE HOLDER: UNITED STATES FEDERAL Court EASTERN DIVISION HATTIESBURG MISSISSIPPI

USD 25,000.00

Twenty Five Thousand dollars 00/100

*** CERTIFIED ***

AUTOGRAPHED BY: By: Johnson Mark C Jr

WITHOUT RECOURSE

NEGOTIATED BY
BOND # RE 631 106 895 US

VOID WHERE PROHIBITED BY LAW. UCC-3-302