AO 132 (Rev 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

## EXEMPLIFICATION CERTIFICATE

I, **ARTHUR JOHNSTON**, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

DEFAULT JUDGMENT [275] in Civil Action No. 2:19-cv-193-HSO-MTP

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at **HATTIESBURG**, City, on **AUG 01 2022**, Date

Clerk / (By) Deputy Clerk

I, **HON. HALIL S. OZERDEN**, a Judicial Officer of this Court, certify that **ARTHUR JOHNSTON**, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

Date: 8/1/2022

Signature of Judge

Title: **UNITED STATES DISTRICT JUDGE**

I, **ARTHUR JOHNSTON**, Clerk of this United States District Court, keeper of the seal, certify that the Honorable **HON. HALIL S. OZERDEN**, Judge, named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name and affix the seal of this Court at **HATTIESBURG** in this State, on **U. S. DISTRICT COURT** **AUG 01 2022**

Clerk (By) Deputy Clerk