CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
701 MAIN STREET, ROOM 200
HATTIESBURG, MISSISSIPPI 39401

OFFICIAL BUSINESS
PENALTY

**RECEIVED**
OCT 20 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

RTS

569985>9999

ANK

2:19cv193-TBM-MTP

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 26 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

NIXIE   911   CC 1   0010/16/22

MANUAL PROC REQ

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

*21152-052283-16-17

GULFPORT MS 395

30 JAN 2021   PM 2 T

S64396.184   stamps

$0.510
US POSTAGE
FIRST-CLASS
062S0008935699   39401



**Brett "Eeon" Jones**
**BJ5840 B51222**
**304 South Jones Blvd.**
**Unit Eeon-1967**
**Las Vegas, NV 89107**

## Other Documents
2:19-cv-00193-TBM-MTP
PennyMac Loan Services, LLC v.
SITCOMM Arbitration Association
et al

MTP,RICO,TRIAL_SET

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 1/28/2021 at 3:47 PM CST and filed on 1/28/2021
**Case Name:**      PennyMac Loan Services, LLC v. SITCOMM Arbitration Association et al
**Case Number:**   2:19-cv-00193-TBM-MTP
**Filer:**               Ronnie Kahapea
**Document Number:** 164

**Docket Text:**
**Verified AFFIDAVIT re bench trial by Ronnie Kahapea. (Attachments: # (1) Envelope)(LDR)**

**2:19-cv-00193-TBM-MTP Notice has been electronically mailed to:**

Cheryl S. Chang - PHV     chang@blankrome.com, hno@blankrome.com, jmcelroy@blankrome.com

Harris Frederick Powers , III     hpowers@upshawwilliams.com, khudgens@upshawwilliams.com

Jessica A. McElroy - PHV     jmcelroy@blankrome.com, hno@blankrome.com

Nicole B. Metral - PHV     nbmetral@blankrome.com, arc@blankrome.com

Steven C. Cookston     scookston@upshawwilliams.com, ecarter@upshawwilliams.com

**2:19-cv-00193-TBM-MTP Notice has been delivered by other means to:**

Eeon(Terminated)
304 S Jones Blvd
Las Vegas, NV 89107

Brett "Eeon" Jones
BJ5840 B51222
304 South Jones Blvd.
Unit Eeon-1967
Las Vegas, NV 89107

Kirk Gibbs
4155 Lawrenceville Highway, PMB 8119

Lilburn, GA 30047

Mark Johnson
451 May Ln.
Louisa, VA 23093

Mark Moffett
345 Coon Jeffcoat Road
Soso, MS 39480

Ronnie Kahapea
P.O. Box 875
Volcano, HI 96785

Sandra Goulette
3007 Crescent Hill Drive
Laurel, MS 39440

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/28/2021] [FileNumber=5822997-0
] [b1d72df81b9bc86aa52a7f3c095536f65303bb1249ee968400fc685431231b08417
38ad5060d7bc2c979704b06446aa4af14fd9da3d33a6f8947734a55db4052]]
**Document description:**Envelope
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/28/2021] [FileNumber=5822997-1
] [68795758a828d1ed694e02d9f6c44f5a276b03c28709dc0f179070cc2aab8a8ec1f
d51b4f878c03ddfdc8b56d8f38d333d1f180d715928b1a2f107735063c8a5]]